**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

EMPIRE TECHNOLOGY DEVELOPMENT LLC,

Plaintiff,

v.

NVIDIA CORPORATION and NVIDIA SINGAPORE PTE. LTD.,

Defendants.

CASE NO. 1:25-CV-01228-RP

**DECLARATION OF JON CARTER IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Jon Carter, declare as follows:

1. I am admitted pro hac vice to practice in the Western District of Texas and am an attorney at the law firm of Ashurst Perkins Coie US, LLP, counsel of record for NVIDIA Corporation and NVIDIA Singapore PTE. LTD. ("NVIDIA") in the above-captioned action. I submit this declaration in support of NVIDIA's Opening Claim Construction Brief in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,694,704.

3. Attached hereto as **Exhibit 2** is a true and correct highlighted copy of the deposition testimony of Marc E. Levitt, Ph.D, dated August 21, 2026.

4. Attached hereto as **Exhibit 3** is a true and correct highlighted copy of the deposition testimony of Kevin Almeroth, Ph.D, dated August 25, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of J. Kim, D. Park, T. Theocharides, N. Vijaykrishnan, and C. R. Das, "A Low Latency Router Supporting Adaptivity for On-Chip Interconnects," International Conference on Design Automation, pp. 559-564 (2005) ("Kim").

6. Attached hereto as **Exhibit 5** is a true and correct highlighted copy of the Declaration of Marc E. Levitt, Ph.D. Re Claim Construction, dated August 7, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email from Christina Camino to Jon Carter, dated August 4, 2026.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

**EXECUTED** this 11th day of September, 2026, in New York, New York.

Jon Carter