**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION and NVIDIA SINGAPORE PTE. LTD.,<br><br>Defendants. | CASE NO. 1:25-CV-01228-RP |

**DECLARATION OF KEVIN ALMEROTH PH.D. IN SUPPORT OF NVIDIA CORP. AND NVIDIA SINGAPORE PTE. LTD.'S CLAIM CONSTRUCTION PROPOSALS**

## TABLE OF CONTENTS


Page

I. INTRODUCTION ..... 1

II. BACKGROUND AND EDUCATION ..... 1

III. MATERIALS CONSIDERED AND COMPENSATION ..... 2

IV. LEGAL STANDARDS ..... 4

A. Claim Construction ..... 4

B. Indefiniteness ..... 4

C. Means-Plus-Function Claims ..... 5

D. Computer-Implemented Means-Plus-Function Terms ..... 6

E. Level of Ordinary Skill in the Art ..... 7

V. TECHNOLOGY OVERVIEW ..... 8

A. The ’704 Patent ..... 8

VI. CLAIM INTERPRETATION ..... 13

A. “local status information” / “non-local status information” ..... 13

1. The Nature of the Problem ..... 15

2. The Claim Language Does Not Provide Certainty Regarding the Boundary Between “Local Status Information” and “Non-Local Status Information” ..... 18

3. The Specification Also Does Not Provide Certainty Regarding the Boundary Between “Local Status Information” and “Non-Local Status Information” ..... 21

4. Indefinite Scope of the Claims ..... 26

5. Redstone’s Proposed Plain and Ordinary Meaning Contradicts the Specification and the Claims ..... 28

B. “local status [hardware] unit” ..... 29

1. The Claimed “Local Status [Hardware] Unit” Is a Means-Plus-Function Limitation ..... 31

2. The Claims Recite the Function of the “Local Status [Hardware] Unit” ..... 32

3. “Local Status [Hardware] Unit” Is Indefinite for Lack of Corresponding Structure in the Specification ..... 32

4. Empire’s Proposed Structure Is Incorrect ..... 33

C. “aggregation [hardware] unit” ..... 38

1. The “Aggregation [Hardware] Unit” Is a Means-Plus-Function

Limitation ........ 40

2. Function of the "Aggregation [Hardware] Unit" ........ 41

3. The Specification Discloses Structure Corresponding to the "Aggregation [Hardware] Unit" ........ 42

4. Empire's Proposed Additional Corresponding Structure Is Incorrect ........ 46

VII. CONCLUSION ........ 51

## I. INTRODUCTION

I, Kevin C. Almeroth, state and declare as follows:

1. I submit this declaration in support of Defendants NVIDIA Corporation and NVIDIA Singapore PTE. LTD.'s ("NVIDIA") Opening Claim Construction brief.

## II. BACKGROUND AND EDUCATION

2. I am currently a Professor Emeritus in the Department of Computer Science at the University of California, Santa Barbara (UCSB). While at UCSB, I held faculty appointments and was a founding member of the Computer Engineering (CE) Program, Media Arts and Technology (MAT) Program, and the Technology Management Program (TMP). I also served as the Associate Director of the Center for Information Technology and Society (CITS) from 1999 to 2012. I have been a faculty member at UCSB since July 1997.

3. I hold three degrees from the Georgia Institute of Technology: (1) a Bachelor of Science degree in Information and Computer Science (with minors in Economics, Technical Communication, and American Literature) earned in June 1992; (2) a Master of Science degree in Computer Science (with specialization in Networking and Systems) earned in June 1994; and (3) a Doctor of Philosophy (Ph.D.) degree in Computer Science (Dissertation Title: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia System, minor in Telecommunications Public Policy) earned in June 1997. During my education, I took a wide variety of courses as demonstrated by my minors. My undergraduate degree also included courses more typical of a degree in electrical engineering including digital logic, signal processing, and telecommunications theory.

4. One of the major concentrations of my research over the past 30+ years has been network communications. My work has emphasized the exchange of data more efficiently across networks. My research has extensively addressed the design, operation, and performance of large-

scale, multi-nodal wired networks, including the Internet. My work has included the development, analysis, and evaluation of techniques for network congestion management, congestion control, queue management, routing, topology discovery, routing stability, traffic engineering, link shaping, and network monitoring. I have also conducted research on resource allocation, adaptive rate control, network optimization, and mechanisms for improving throughput and delay in packet-switched communication networks. Through this work, I have investigated how large communication networks behave under varying traffic conditions, how network protocols interact across complex topologies, and how scalable communication networks can be designed to improve efficiency, reliability, robustness, and overall network performance. This research has involved both the development of new algorithms and protocols and the evaluation of those techniques through analytical modeling, simulation, measurement, emulation, and experimentation on operational network infrastructures.

5. Furthermore, in the courses I taught at UCSB, a significant portion of my curriculum covered aspects of network communication including standardized protocols for communicating across a variety of physical media. My research and courses have covered a range of physical infrastructures for networks. For a complete list of courses I have taught, see my curriculum vitae (CV).

6. I am a Member of the Association of Computing Machinery (ACM) and a Fellow of the Institute of Electrical and Electronics Engineers (IEEE).

7. Additional details about my employment history, fields of expertise, courses taught, and publications are further included in my CV attached as Appendix A to this Declaration.

## III. MATERIALS CONSIDERED AND COMPENSATION

8. I am being compensated for time spent on this case at my standard rate of $900 per hour. My compensation does not depend on the outcome of this litigation.

9. In connection with rendering my opinions I have reviewed U.S. Patent No. 8,694,704 (the "'704 patent"), entitled "Method and Apparatus for Congestion-Aware Routing in a Computer Interconnection Network," as well as the file history of the '704 patent. I have also reviewed the following materials:

- W.J. Dally and H. Aoki, "Deadlock-Free Adaptive Routing in Multicomputer Networks Using Virtual Channels," IEEE Transactions on Parallel and Distributed Systems, 4(4): 466-475, 1993 (NVIDIA_Empire_003126-003135).
- J. Kim, D. Park, T. Theocharides, N. Vijaykrishnan, and C. R. Das, "A Low Latency Router Supporting Adaptivity for On-Chip Interconnects," International Conference on Design Automation, pp. 559-564, 2005 (NVIDIA_Empire_003120-003125).
- Microsoft Computer Dictionary, (5th ed. 2002) (ETD_0006100-0006104);
- John L. Hennessy & David A. Patterson, *Computer Architecture: A Quantitative Approach* (5th ed. 2012) (ETD_0004694-0006050);
- Todd Langley & Rob Kowalczyk, *Introduction to Intel® Architecture: The Basics* (Intel Corp. Jan. 2009) (ETD_0006051-0006075);
- David Both, *The Central Processing Unit (CPU): Its Components and Functionality*, Red Hat (July 23, 2020), available at https://www.redhat.com/en/blog/cpu-components-functionality (ETD_0006076-0006093); and
- *What Is a CPU?*, ARM, available at https://www.arm.com/glossary/cpu (last visited July 16, 2026) (ETD_0006094-0006099).

I have also relied on my education, training, and experience.

## IV. LEGAL STANDARDS

10. I am not a lawyer, and NVIDIA's counsel has instructed me as to the applicable legal standards relevant to this declaration.

### A. Claim Construction

11. I understand that claims are to be interpreted according to the ordinary and customary meaning they would have to a person of ordinary skill in the art as of the patent's priority date.

12. I understand that the relevant timeframe for assessing the '704 patent for purposes of this declaration is just before February 17, 2009, which is the filing date of the U.S. application to which the '704 patent claims priority. If I refer to the time of the alleged invention of the '704 patent in this declaration, I am referring to this timeframe.

13. I understand that in determining the meaning of the claims, one must first consider intrinsic evidence, including the claims themselves, the specification, and the prosecution history. I understand that claims should also be read in view of the specification, which is the single best guide to the meaning of a disputed term. I also understand that the prosecution history provides evidence of how the U.S. Patent and Trademark Office and the inventor understood the patent and is therefore useful in claim construction. I further understand that extrinsic evidence consists of all evidence external to the patent and file history, including, for example, expert and inventor testimony, and dictionaries. I understand that while helpful, extrinsic evidence is typically less significant than intrinsic evidence in determining the meaning of claim language.

### B. Indefiniteness

14. I understand that patent claims must particularly point out and distinctly claim the subject matter that the patentee regards to be the invention, as set forth in 35 U.S.C. § 112(b). I understand that a patent claim is indefinite if, read in light of the specification, figures, and

prosecution history, it fails to inform persons skilled in the art about the scope of the invention with reasonable certainty. I further understand that merely being able to assign some possible meaning to a term does not resolve indefiniteness if a skilled artisan cannot determine the term's scope with reasonable certainty.

15. I understand that indefiniteness is assessed from the perspective of a person of ordinary skill in the art at the time of the invention. The claim language is considered in the context of the patent as a whole, including the specification, the prosecution history, and the knowledge that a person of ordinary skill in the art would have brought to the patent. I further understand that claim terms generally are not evaluated in isolation.

16. I understand that whether a claim is indefinite is ultimately a question of law for a court. I further understand that the court may consider underlying factual issues, including how a person of ordinary skill in the art would understand the claim language, the specification, the prosecution history, and relevant technical concepts.

### C. Means-Plus-Function Claims

17. I understand that claim limitations may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof. Such limitations are commonly referred to as "means-plus-function" limitations.

18. I understand that means-plus-function limitations are construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof.

19. In determining whether a claim term is a "means-plus-function" term, the presence of the word "means" in the term creates a rebuttable presumption that it is a "means-plus-function" term. Conversely, the absence of the word "means" in the term creates a rebuttable presumption that it is not a "means-plus-function" term.

20. However, I also understand that the essential inquiry is not merely the presence or absence of the word "means." Rather, a term that does not recite "means" will be treated as a means-plus-function term if the claim term fails to recite sufficiently definite structure or else recites function without reciting sufficient structure for performing that function. In addition, I understand that generic terms such as "mechanism," "element," "device," "unit," and other nonce words typically do not connote sufficiently definite structure and therefore may signal that the subject term is a means-plus-function term.

21. I further understand that the construction of a means-plus-function term involves two steps. One must first determine the function of the term. The function usually comes after the phrase that gives rise to means-plus-function treatment of the term, which, as explained above, does not necessarily begin with the word "means." And it is not proper to narrow or broaden the recited function, i.e., the function must include the limitations recited in the claim for that term. After the function is determined, one must identify corresponding structure in the specification. I understand that a structure disclosed in the specification qualifies as corresponding structure if the specification or the file history clearly links or associates the structure with the function recited in the claim.

22. I understand that a means-plus-function term is indefinite if a person having ordinary skill in the art would be unable to recognize the structure in the specification and associate it with the recited function.

**D. Computer-Implemented Means-Plus-Function Terms**

23. For certain means-plus-function limitations, the corresponding structure may be a computer or microprocessor programed to perform an algorithm. In those cases, I understand that the disclosed structure is not the general-purpose computer alone. Rather, the structure is the

general-purpose computer together with the disclosed algorithm, which renders it a special purpose computer.

24. Therefore, I understand that where the corresponding structure is a computer or microprocessor, the disclosure of an algorithm is required. An algorithm may be disclosed in many ways, for example, as a mathematical formula, in prose, as a flow chart, or in any way that provides sufficient structure.

25. Where the specification discloses an algorithm, the relevant inquiry is whether the disclosed algorithm sufficiently defines structure and makes the bounds of the claim understandable to a person of ordinary skill in the art. However, where no algorithm is disclosed, that principle does not apply. In addition, the disclosure is insufficient if it is purely functional or merely restates the function associated with the means-plus-function term. Further, I understand that the patentee cannot avoid the requirement to disclose an algorithm by arguing that a person of ordinary skill could develop algorithmic means to perform the claimed function.

### E. Level of Ordinary Skill in the Art

26. I understand that a "person of ordinary skill in the art" is a hypothetical person who is presumed to have known the relevant art at the time of the invention.

27. In my opinion, a person of ordinary skill at the time of the alleged inventions of the '704 patent would have: (1) a Bachelor of Science degree in computer science, computer engineering, electrical engineering, or the equivalent; and (2) either a Master of Science degree in one of these fields or at least two years of professional experience working with networking technology. Additional graduate education could substitute for professional experience, while significant experience in the field might substitute for formal education.

28. At the time of the alleged inventions of the '704 patent, I qualified as a person of ordinary skill in the art under the above definition.

## V. TECHNOLOGY OVERVIEW

### A. The '704 Patent

29. The following paragraphs provide a high-level overview of the technology in the '704 patent.

30. U.S. Patent No. 8,694,704, titled "Method and Apparatus for Congestion-Aware Routing in a Computer Interconnection Network," relates generally to routing data in an interconnected network-on-chip and, more particularly, to using information about network congestion to route data through the network-on-chip. The patent issued on April 8, 2014, from an application filed on September 13, 2012, as a continuation of an earlier application that was filed on February 17, 2009. '704 patent at 1:6-12.

31. The '704 patent describes a network-on-chip that "can include a multinodal processor 103 comprising a multinodal processing array 102 fabricated on a single integrated circuit 100." *Id.* at 4:3-6. Each node can contain a "data processing unit 115" and "a routing device 118, such as a router, switch or a combination of routers and switches, to route the various data packets between the individual nodes 104." *Id.* at 4:48-53, 4:63-67.

32. A packet travels from its source node to its destination node through one or more routers and communication links. The patent explains that existing networks sometimes used "simple deterministic routing procedures, in which data packets follow a fixed, predetermined path from the source node to the destination nodes." *Id.* at 3:24-27. Although such routing procedures could be "simple to implement," the patent states that they were "unable to adapt to changes in the network." *Id.* at 3:27-30.

33. In contrast, the patent states that known "[a]daptive, or congestion-aware routing procedures, attempt to address this shortcoming by routing around congested areas in the network." *Id.* at 3:31-33. The patent explains that existing adaptive routing procedures generally relied on

"local congestion information," which the patent describes as "information readily available at a given router and at routers directly coupled to a given router." *Id.* at 3:39-42. But according to the patent, those existing adaptive routing procedures did not account for congestion in "other areas of the network." *Id.* at 3:42-44.

34. Against that background, the patent describes a "regional congestion awareness network" that includes "determining status information regarding a first routing device located in the network and transmitting the status information to a second routing device provided in the network." *Id.* at 3:49-43, 4:1-3. The patent further explains that the "first" and "second routing device[s]" "may be indirectly, or not directly, coupled to one another" and "may be separated by intermediate nodes and may be coupled via a third routing device." *Id.* at 3:53-58. The patent uses the term "network hop" to describe a transmission from one router to the next router along a path. *Id.* at 6:65-7:2. For example, the combined status information can be transmitted from the router in one node to the router in an adjacent node "in a single network hop 207, or without passing through any intermediate routing devices." *Id.* Thus, directly coupled adjacent routers are one hop apart. Routers are multiple hops apart when information must pass through one or more intermediate routing devices to travel between them. If the information from a first node needed to travel through an intermediate second node before reaching a third node, the third node would be two hops away from the first.

35. Figure 2 of the '704 patent (reproduced below) depicts "a two-dimensional mesh configuration consisting of sixteen (16) network nodes 104(1) to 104(16)." *Id.* at 5:49-51. The nodes are coupled by "a first group of data communication channels 201 configured to route the data packets between the individual nodes 104" and "a separate second group of communication

channels 203 for routing information, such as congestion or status information, between the nodes 104." *Id.* at 5:51-56.




F I G. 2

36. In the Figure 2 embodiment, "status information can be distributed between various nodes 104 in the array 102 in different directions, such as North 229, South 231, East 233, and West 235 directions." *Id.* at 6:42-45. The patent explains that router 118 in node 104(11) can determine "local status information" for its outgoing data channels "based on locally available

information at each data channel," while also receiving "non-local status information through status channels from directly coupled adjacent nodes." *Id.* at 6:45-52. The router can "combine the local status information" for an outbound data channel with non-local information received from an adjacent router and send the combined information to another router. *Id.* at 6:54-60. The patent explains that performing this process across the array "can result in the propagation of congestion information through the multiple nodes 104 across the network." *Id.* at 7:2-7.

37. The patent further notes that status information may be expressed using different congestion metrics, including "a count of free virtual channels," "a buffer count indicating the amount of backpressure experienced by an input channel at a downstream node," or "a crossbar demand metric, which measures the number of active data requests for a given output channel of the node." *Id.* at 6:12-33. Moreover, "multiple congestion metrics, including any of the metrics described above, can be combined so as to maximize the accuracy and quality of the determined status information." *Id.* at 6:39-41.

38. For an example relating to the count of free virtual channels, the patent cites (and incorporates by reference) a 1993 article by William J. Dally et al. titled "Deadlock-Free Adaptive Routing in Multicomputer Networks Using Virtual Channels," ("Dally"). *Id.* at 6:12-22. Dally explains that virtual channels are logically separate communication channels multiplexed over the same physical network channel. Dally at 468. A physical channel may contain one or more virtual channels, all of which share the physical link's bandwidth. *Id.* at 466. Dally explains that the selection function in Dally's adaptive routing algorithms chooses a route based on "the direction with the most available virtual channels." *Id.* at 469. The algorithms "use only local information to make routing decisions" and "do not keep routing tables or global network information." *Id.* at 473.

39. For an example relating to buffer count congestion, the ’704 patent cites (and incorporates by reference) a 2005 article by Jongman Kim et al. titled “A Low Latency Router Supporting Adaptivity for On-Chip Interconnects,” (“Kim”). ’704 patent at 6:23-30. Kim describes an adaptive router that uses look-ahead information obtained from neighboring routers. Kim at Abstract. As depicted in Figure 2 below, Kim’s preselection module (yellow box) tracks “credits” for neighboring routers on candidate paths (blue box). *Id.* at §§ 3.1-3.3. Credits provide a mechanism for neighboring routers to indicate how busy they are. Neighboring routers send credits reflecting virtual-channel state, which corresponds to the level of congestion and available buffer space. *Id.* Kim’s router then uses this neighboring-router congestion information together with its own crossbar (green box) status to select a path. *Id.*




**Figure 2: Proposed Router Architecture**

## VI. CLAIM INTERPRETATION

40. It is my understanding that the parties dispute the construction of certain claim terms in the ’704 patent. I have formed opinions as to the meaning of these disputed terms to a person of ordinary skill in the art at the time of the patent in question. My opinions are based on my education, research, and experience in the industry, as well as my review of the claims, the ’704 patent specification (and the materials the specification incorporates by reference), the patent’s file history, and the extrinsic references that the parties have previously exchanged.

### A. “local status information” / “non-local status information”

| Claims | Empire’s Construction | NVIDIA’s Construction |
|---|---|---|
| 1-21 | Plain and ordinary meaning (i.e., the plain and ordinary meaning of "local status information" is a node's own status information and the plain and ordinary meaning of "non-local status information" is status information for other nodes in the network) | Indefinite |

41. The terms “non-local status information” and “local status information” appear in all 21 claims of the ’704 patent. In my opinion, a person of ordinary skill would not be able to determine the scope of “local status information” and “non-local status information” with reasonable certainty and therefore would not be able to tell what falls within the claims and what falls outside of them.

42. Independent claims 1, 10, and 18 recite:

1. An apparatus comprising:

[1A] a multinodal processor including:

[1B] a plurality of nodes of a network-on-chip, wherein each node of the plurality of nodes includes:

> [1C] a processor unit configured to perform processing tasks;
>
> [1D] a plurality of output channels configured to provide output data from the node;
>
> [1E] a local status hardware unit configured to ***provide local status information*** regarding congestion for each of the plurality of output channels;
>
> [1F] an aggregation hardware unit configured to ***receive non-local status information*** provided by at least one other node of the plurality of nodes, wherein the aggregation hardware unit is configured to ***combine the non-local status information and the local status information to provide aggregate status information***; and
>
> [1G] a router device configured ***to route data between*** the plurality of nodes, wherein the router device is configured to select one of the plurality of output channels for data output ***based on the aggregate status information***;
>
> [1H] a first set of interconnections configured to transmit the data between the plurality of nodes, wherein the first set of interconnections includes interconnections coupled to the plurality of output channels of each of the plurality of nodes; and
>
> [1I] a second set of interconnections, separate from the first set of interconnections, configured to ***provide the non-local status information and the aggregate status information between the plurality of nodes***.

’704 patent at 17:51-18:13 (reference numerals added; emphasis added).

> 10. An apparatus comprising,
>
> [10A] a first node of a network-on-chip of a multinodal processor, the first node comprising a first plurality of output channels to provide first data and a first processor unit configured to perform processing tasks;
>
> [10B] a second node of the network-on-chip of the multinodal processor, the second node comprising a second plurality of output channels to provide second data and a second processor unit configured to perform processing tasks, the second node further comprising a router device configured to route the second data;
>
> [10C] a third node of the network-on-chip of the multinodal processor, the third node coupled directly to the first node via a first connection to receive the first data and via a second connection ***to receive non-local status information corresponding to the first node***, the third node further directly coupled to the second node via a third connection to receive the second

> data and via a fourth connection ***to receive non-local status information corresponding to the second node***, wherein the first node is indirectly coupled to the second node via the third node, the third node comprising a third processor unit configured to perform processing tasks, the third node further comprising a third plurality of output channels to provide third data, a local status unit configured ***to provide first local status information*** regarding congestion for each of the third plurality of output channels, and an aggregation unit configured to ***combine the non-local status information corresponding to the first node and the first local status information*** to produce first aggregate status information, the third node further configured to provide ***the non-local status information corresponding, to the first node*** and the first aggregate status information to the second node via the fourth connection; wherein the second node is configured to route second data based on the first aggregate status information.

*Id*. at 18:46-19:15 (reference numerals added; emphasis added).

> 18. A method comprising
>
> [18A] receiving ***non-local status information at a first processing node of a network-on-chip*** of a multinodal processor from a second processing node of the network-on-chip of the multinodal processor via a first connection;
>
> [18B] receiving first output data at the first processing node from the second processing node via a second connection;
>
> [18C] ***computing local status information at the first processing node***;
>
> [18D] ***aggregating the local status information and the non-local status information*** to produce aggregated status information;
>
> [18E] providing second output data to a third processing node of the network-on-chip of the multinodal processor via a third connection;
>
> [18F] providing the ***local status information and the aggregated status information to the third processing node*** via a fourth connection, wherein the third processing node routes third output data based on the aggregated status information.

*Id*. at 20:5-24 (reference numerals added; emphasis added).

### 1. The Nature of the Problem

43. Throughout this portion of my declaration, I will illustrate the indefiniteness problem using two multi-nodal networked processor configurations from the patent.

44. The first configuration is a multi-nodal networked processor with at least three nodes, where two of the nodes are indirectly coupled together through a third node. This is described in the Abstract and again at 3:45-67. It is also reflected in independent claims 10 and 18. *Id*. at 18:46-19:15, 20:5-24. As the patent explains at 5:64-6:2, these nodes "can be arranged in a ring." Thus, the three-node example could be implemented by connecting three nodes, A, B and C, like this:




45. In this configuration, each node is directly coupled to its two neighbors but also indirectly coupled to each of them through a third node. B, for example, is directly coupled to C but also indirectly coupled to C through A. So if B had a data packet destined for C, B would have to decide whether to send the packet directly to C or—if the direct route to C is congested—to send it first to A for further transmission to C.

46. The second configuration is the multi-nodal networked processor shown in Figure 2. It depicts "a two-dimensional mesh configuration consisting of sixteen (16) network nodes 104(1) to 104(16)." *Id*. at 5:49-51. Each node is directly connected to its immediate neighbor nodes and indirectly coupled through those neighbors to other nodes further away. The patent describes directly coupled neighbor nodes as being one "network hop" away. *Id*. at 6:65-7:2. In the annotated version of Figure 2 below, I have added larger numerals to the nodes for readability and highlighted

node 11 in green and its directly coupled neighbor nodes in yellow. *Id.* at Fig. 2 (annotated, excerpted).




47. As I will explain below, the indefiniteness problem is this: neither the claims nor the intrinsic record makes clear whether status information that a directly coupled node reports about itself to its neighbor is "non-local status information" or "local status information."

48. So, for instance, in the first configuration of three nodes (shown in the first figure above), it is unclear whether status information that node A provides about itself to node B should be classified as local or non-local. And in the second configuration of annotated Figure 2 above, it is unclear whether status information that node 12 provides about itself to node 11, for example, should be classified as local or non-local.

49. The classification matters because it affects which multi-nodal processor configurations (including those disclosed in the patent) fall within the scope of the claims and which fall outside the scope of the claims. A person of ordinary skill in the art is thus left without

reasonable certainty about the scope of the claims from either the claim language itself or the rest of the intrinsic record.

### 2. The Claim Language Does Not Provide Certainty Regarding the Boundary Between "Local Status Information" and "Non-Local Status Information"

50. Focusing first on the claim language, a person of ordinary skill in the art would not be able to read the claims and understand with reasonable certainty whether information that a directly coupled node reports about itself to a neighbor node is "local status information or "non-local status information."

51. In claim 1, the phrase "local status information" first appears in the limitation reciting that a node's "local status hardware unit" is "configured to provide ***local status information regarding congestion for each of the plurality of output channels***" of that node. The language thus requires that local status information relate to congestion affecting the node's output channels. In my opinion, a person of ordinary skill would understand that information a node generates about how busy its own output channels are meets this requirement. But information about how busy a directly coupled neighbor node is could also meet this requirement because, in a two-dimensional mesh, an output channel of one node connects directly to the input of a neighboring node. It is analogous to a pipe that can be plugged at either end such that a backlog at one end (the input of a neighbor node) is "congestion for" the other end (the output of the first node).

52. The claim language thus leaves a person of ordinary skill in the art guessing about whether information about a backlog at the neighbor (at one end of the pipe), when communicated to the first node (at the other end of the pipe), qualifies as the claimed "local status information." On one hand, the information is communicated from the neighbor rather than being generated at the first node, which might indicate that the information is non-local as to the first node. On the

other hand, the information is also local as to the first node in that it describes congestion of the output channel leading from the first node to its neighbor.

53. A similar analysis applies to independent claim 10, which introduces "local status information" and "non-local status information" with these limitations:

- a "third node coupled directly to the first node … ***to receive non-local status information corresponding to the first node***";
- "the third node further directly coupled to the second node … ***to receive non-local status information corresponding to the second node***"; and
- "the third node comprising … a local status unit configured ***to provide first local status information regarding congestion for each of the third plurality of output channels***."

54. Taking the third bullet first, the claim 10 language "local status information regarding congestion for" "output channels" is nearly the same as parallel language in claim 1. My explanation above for why the claim 1 language would leave a person of ordinary skill guessing applies equally here.

55. Nor do the other claim 10 limitations eliminate the confusion. In the first bullet, claim 10 says the third node is directly coupled to the first node "to receive non-local status information corresponding to the first node." A person of ordinary skill would not read that language to say that all status information that the first node sends to the third node automatically becomes non-local status information. Rather, status information that the first node conveys about itself to the third node could be classified as "local status information" without contradicting the limitation or rendering it superfluous. There would still be "non-local status information corresponding to the first node" to send to the third node.

56. To illustrate, the patent explains that in a mesh network such as Figure 2, a node two or more hops away may generate status information about itself and send that information upstream. ’704 patent at 6:50-7:7. When the third node receives such information from the first node, (i) the information would be “non-local” because it is about and comes from a node two or more hops away, and (ii) the information would still “correspond[]” to the first node because that is the node that sent it to the third node. Thus, information that the first node sends about itself does not need to be classified as non-local for the claim to make sense. A person of ordinary skill would recognize that such information could be classified either as local or as non-local under the language.

57. The second bulleted claim 10 limitation above is a mirror image of the first, except that the second bulleted language refers to the “second node” instead of the “first node.” My explanation above regarding the first bulleted claim 10 limitation also applies here.

58. On the face of claim 10, information that the first (or second) node passes to the third node could be either “local status information” or “non-local status information.” The claim language does not provide clear guidance.

59. In addition, a person of ordinary skill in the art would not consider the language of claim 18 to provide sufficient guidance. Claim 18 recites that “non-local status information” is received at a “first processing node” from a “second processing node,” and separately, “local status information” is computed at the first processing node. But claim 18 says nothing about what constitutes “non-local status information”—i.e., whether it is information that the second (neighboring) node sends about itself or if it is information that has been collected about nodes further away. Claim 18 also does not explain what constitutes “local status information” or how it is computed—i.e., whether it is information computed at the first node or at a neighbor. Thus,

claim 18 does not provide enough information to answer the core indefiniteness issue: whether the information that a neighboring node sends about itself is "local" or "non-local."

### 3. The Specification Also Does Not Provide Certainty Regarding the Boundary Between "Local Status Information" and "Non-Local Status Information"

60. The specification also does not provide enough guidance to allow a person of ordinary skill in the art to resolve this indefiniteness issue. I looked for portions of the '704 patent specification that would explain whether to classify as local or non-local the status information that a node generates about itself and communicates to its neighbor. Some parts of the specification support either classification, and other parts suggest one classification or the other in a contradictory way. As such, they do not provide reasonable certainty on the scope of "local status information" or "non-local status information."

61. First, while I understand that a patent applicant may set out binding definitions of claim terms in the specification, the '704 patent specification provides no definition—express or implied—for "local status information" or "non-local status information." At most, it gives three examples of possible "status information" that incorporate "congestion metrics," but the patent does not classify any of them as local or non-local.

62. Example 1 comes from a prior art article (Dally and Aoki, "Deadlock-Free Adaptive Routing in Multicomputer Networks Using Virtual Channels," IEEE Transactions on Parallel and Distributed Systems, 4(4): 466-475, 1993) that the patent incorporates by reference in its entirety. '704 patent at 6:17-22. The status information in that example is "a count of free virtual channels." *Id.*

63. Example 2 comes from another prior art article (Kim, "A Low Latency Router Supporting Adaptivity for On-Chip Interconnects," International Conf. on Design Automation, pp. 559-564, 2005) that the patent also incorporates by reference in its entirety. '704 patent at 6:22-

30. That example is a "buffer count indicating the amount of backpressure experienced by an input channel at a downstream node." *Id.*

64. Example 3 is a "congestion metric [that] include[s] a crossbar demand metric, which measures the number of active data requests for a given output channel of the node." *Id.* at 6:31-33. In discussing each of these three examples, the patent does not specify whether the status information a node receives from its directly connected neighbor is "local" or "non-local."

65. Second, the '704 patent discusses key features of prior art multi-nodal processors that the alleged invention is supposed to improve. The specification confirms that prior art processors with on-chip networks could use adaptive routing through the network. *Id.* at 1:22-28. The specification further explains that the adaptive routing procedures of the prior art relied on "local congestion information" "readily available at a given router ***and*** at routers directly coupled to a given router." *Id.* at 3:39-44 (emphasis added). A "router" in those passages is a router within a node of the multi-nodal processor. When such routers are directly coupled to each other, the corresponding nodes are likewise directly coupled.

66. A person of ordinary skill reading those passages would understand that status information a node receives from its directly coupled neighbor nodes can be "local status information." The specification then identifies the prior art drawback that the invention is supposed to fix—prior art "routing decisions … do not account for congestion in other [i.e., non-local] areas of the network." *Id.* Based on this disclosure as a whole, a person of ordinary skill would understand "other areas of the network" to mean nodes that are not directly coupled and are thus two or more network hops away.

67. This explanation at 3:39-44—that status information a neighbor generates about itself and sends to a directly coupled node should be classified as "local," as opposed to "non-

local"—is reinforced by the routing algorithm taught in the Kim reference. As noted, the '704 patent discusses Kim and incorporates it in its entirety. In Kim's adaptive routing algorithm, a node makes routing decisions using its own crossbar switching metrics together with a set of buffer count tokens that the node receives from its direct neighbor nodes. Kim at 560-61. If those buffer count tokens were classified as "non-local status information," Kim would already be doing what the patent discloses as the advance over the prior art—making a routing decision based on both local and non-local information. Thus, the disclosures in column 3 and the patent's treatment of Kim together suggest that status information from a directly coupled neighbor node should be classified as local.




68. Third, other portions of the specification contradict the above classification indicated by column 3 and the patent's treatment of Kim. For example, the specification's discussion of Figure 2 suggests that status information from a directly coupled neighbor node could be classified as non-local. As shown in excerpted and annotated Figure 2 (right), node 11 is directly coupled to adjacent neighbors at nodes 7, 10, 12 and 15. After explaining that node 11 can "determine" local status information from locally available information at node 11's data channels, the specification proceeds to explain that node 11 can also receive non-local status information from the directly coupled adjacent nodes 10, 12, 15, 7. '704 patent at 6:50-57 ("[T]he router 118

in the node 104(11) can receive non-local status information through status channels from directly coupled adjacent nodes 104(12), 104(15), 104(10), 104(7).") Nothing in the discussion of Figure 2 suggests that status information received from directly coupled neighbors is local status information.

69. The three-node embodiment featured at column 3 and in independent claims 10 and 18 points the same way toward classifying information received from directly coupled neighbor nodes as non-local. As discussed above, the patent suggests that this three-node embodiment could be implemented as a ring such that node B is directly coupled to neighbor node C and also indirectly coupled to C through A.




If information from a directly coupled node is classified as local information, instead of non-local information, the ring version of the three-node embodiment would fall outside the reach of the claims. In making a routing decision, node B would have local status information about itself and local status information about both its directly coupled neighbors—but all information would be local, even where one or both of the neighbors provided that information to B. With only local status information available, there would be no way to practice the limitations that require non-local status information. I understand that an interpretation of claim language that excludes embodiments the patent suggests is rarely correct. Although I understand this to be a legal

principle, it makes practical and technical sense since a person of ordinary skill would expect the claims to cover the examples of the invention that the patent presents.

70. The following table summarizes the patent's disclosures regarding status information that a directly coupled node generates about itself and communicates to its neighbor.

<table>
<tr><td colspan="4">Question: How should status information that a directly coupled node generates about itself and communicates to its neighbor be classified—as "local" or "non-local"?</td></tr>
<tr><th colspan="2">Patent Disclosure</th><th>Citation</th><th>Local or Non-Local?</th></tr>
<tr><td colspan="2">"However, most existing adaptive procedures can rely on local congestion information (e.g., information readily available at a given router and at routers directly coupled to a given router) in making routing decisions and do not account for congestion in other areas of the network." (emphasis added)</td><td>3:39-44</td><td>Local</td></tr>
<tr><td colspan="2">"The first routing device and the second routing device may be indirectly, or not directly, coupled to one another, e.g., the first routing device and the second routing device may be separated by intermediate nodes and may be coupled via a third routing device." (three-node embodiment)</td><td>3:53-58</td><td>Suggests Non-Local</td></tr>
<tr><td rowspan="3">Examples of "status information"</td><td>Example 1: "a count of free virtual channels" (from the Dally and Aoki article)</td><td>6:17-22</td><td>No indication</td></tr>
<tr><td>Example 2: "a buffer count indicating the amount of backpressure experienced by an input channel at a downstream node" (from the Kim article)</td><td>6:22-30</td><td>No indication</td></tr>
<tr><td>Example 3: a "congestion metric [that] include[s] a crossbar demand metric, which measures the number of active data requests for a given output channel of the node"</td><td>6:31-33</td><td>No indication</td></tr>
<tr><td colspan="2">Incorporation of Kim in its entirety (see Kim at 560-61)</td><td>6:22-30</td><td>Suggests Local</td></tr>
<tr><td colspan="2">Referring to Fig. 2, "the router 118 in the node 104(11) can receive non-local status information through status channels from directly coupled adjacent nodes 104(12), 104(15), 104(10), 104(7)." (emphasis added)</td><td>6:50-57</td><td>Non-Local</td></tr>
</table>

### 4. Indefinite Scope of the Claims

71. To recap, independent claims 1, 10 and 18 each require classifying particular status information as "local status information" or "non-local status information." For the reasons discussed above, a person of ordinary skill would not be able to determine from the intrinsic record, with reasonable certainty, how to classify status information that comes from and describes a directly coupled neighbor node. Much of the intrinsic record indicates that such information is local status information. Other parts of the intrinsic record indicate that the same information is non-local status information.

72. Because the local vs. non-local classification cannot be made reliably, a person of ordinary skill in the art cannot separate the set of multi-nodal processor implementations that fall inside the scope of the claims from those that fall outside that scope. Below I identify two examples of processor configurations where the classification problem makes it impossible to say whether the claims are met. Neither is a contrived corner case; both are suggested by the patent and the intrinsic record.

73. My first example is the three-nodes embodiment mentioned at column 3 of the patent and in claims 10 and 18. The figure below illustrates how the nodes are arranged. To repeat, node B is directly coupled to C and indirectly coupled to C through A. The same pattern holds for nodes A and C, which are each directly coupled to node B but only indirectly coupled to each other (through B).

74. When B makes a routing decision using status information about itself, a person of ordinary skill would understand that information to be local status information. But when B uses status information about A that A sent to B or status information about C that C sent to B, the critical question is whether that information is local or non-local. The claims may be practiced only if it is non-local. The classification problem for status information about a directly coupled

neighbor node that the neighbor node sends therefore leaves a person of ordinary skill without reasonable certainty as to whether this embodiment is inside or outside the claims.




75. My second example is a processor network laid out as in Figure 2 that uses the prior art adaptive routing algorithm of Kim, which the '704 patent discusses and incorporates in its entirety. '704 patent at 6:25-29. The excerpted and annotated version of Figure 2 will help simplify the discussion. We will focus first on node 11 in green, which must make a routing decision by picking a channel connecting one of its directly coupled neighbors (nodes 7, 10, 12 and 15).




76. According to Kim, that routing decision is based on both the crossbar demand metrics that node 11 tracks for itself and the buffer count credits that node 11 receives from each

of its directly coupled neighbors. If, on one hand, both the crossbar metrics and the buffer count credits from the directly coupled neighbor nodes are both classified as local status information, this example would fall outside the reach of the claims because the claims require a combination of local and non-local status information, and node 11 would have nothing but local status information. On the other hand, if the buffer count credits qualify as non-local (because they relate to and are communicated by a directly coupled neighbor node), then the example may practice the claims if all other claim limitations are met.

77. As these two examples demonstrate, the proper classification of status information from the directly coupled neighbor nodes is essential. But that classification is not possible with reasonable certainty in view of the entire intrinsic record.

**5. Redstone's Proposed Plain and Ordinary Meaning Contradicts the Specification and the Claims**

78. I understand that Empire contends that the plain and ordinary meaning of "local status information" is "a node's own status information" and that the plain and ordinary meaning of "non-local status information" is "status information for other nodes in the network." In my opinion, however, that assertion highlights, rather than resolves, the ambiguity in those terms. First, a person of ordinary skill would not adopt Empire's proposed meanings because they conflict with the '704 patent's specification. As I discussed at paragraph 65, the '704 patent's written description explains that "local congestion information" may include "information readily available at a given router and at routers directly coupled to a given router." '704 patent at 3:39-44. That passage would indicate to a person of ordinary skill that "local status information" is not limited to "a node's own status information" but may also include information for other, directly coupled nodes. Further, as I discussed at paragraph 67, under Empire's interpretation, the Kim article would disclose the '704 patent's allegedly inventive aspect: routing based on a combination

of local and non-local status information. A person of ordinary skill in the art would therefore reject Empire's proposed meanings because they would suggest the alleged invention was anticipated or obvious in view of admitted prior art that the patent not only discusses but incorporates by reference in its entirety.

79. Second, Empire's proposed plain and ordinary meanings conflict with the '704 patent's claim language. Each independent claim covers one node receiving "non-local status information" from other nodes: claim 1 recites an "aggregation hardware unit configured to receive non-local status information provided by at least one other node"; claim 10 recites a "third node" that "receive[s] non-local status information corresponding to" a "first node" and a "second node"; and claim 18 recites "receiving non-local status information at a first . . . node . . . from a second . . . node." *Id.* at 17:62-64, 18:60-61, 18:64-65, 20:6-8. Under Empire's proposed interpretation, however, the claim term "non-local" would be meaningless surplusage because any status information received from a different node would, by definition, be "non-local." Because a claim interpretation that reads out claim language is rarely correct, a person of ordinary skill would read the claims as consistent with the idea that status information from another node could potentially be local or non-local. As discussed above, for status information that a directly coupled node provides about itself, a person of skill in the art cannot determine which of those categories applies.

**B. "local status [hardware] unit"**

| Claims | Empire's Construction | NVIDIA's Construction |
|---|---|---|
| 1-17 | Plain and ordinary meaning<br><br>Empire does not agree that this term is subject to § 112, ¶ 6. Without waiving that position, and solely to the extent the Court determines that § 112, ¶ 6 applies, Empire proposes the following corresponding | This is a means-plus-function term subject to § 112, ¶ 6.<br><br>**Function:** "to provide local status information regarding congestion for each of the plurality of output channels" |

| | | |
|---|---|---|
| | function and structure in the alternative.<br><br>**Recited Function:** "provid[ing] local status information regarding congestion for each of the plurality of output channels"<br><br>**Structure:** Local status hardware unit 301, including a microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any combination thereof, or logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc. *See, e.g.*, '704 patent at 7:8-22, 7:28-32, Fig. 3, 13:36-43, 14:46-55, 14:64-15:13. | **Structure:** Indefinite |

80. Claim 1 recites "a local status hardware unit configured to provide local status information regarding congestion for each of the plurality of output channels," and claim 10 recites a "local status unit configured to provide first local status information regarding congestion for each of the third plurality of output channels." Dependent claim 11 refers to the "local status unit" providing "second local status information regarding congestion for a fourth plurality of output channels." My understanding of the parties' claim construction positions relating to the term "local status [hardware] unit" is described in the chart above. I understand the parties dispute whether the "local status [hardware] unit" is a means-plus-function limitation.

81. I have been asked to evaluate whether the "local status [hardware] unit" is a means-plus-function limitation, and to the extent that I conclude that it is, to assess the function and

structure relating to the claimed "local status [hardware] unit." Based on the understanding of a person of ordinary skill in the art, I conclude that the "local status [hardware] unit" is a means-plus-function limitation and is indefinite because the '704 patent specification does not provide sufficient corresponding structure.

### 1. The Claimed "Local Status [Hardware] Unit" Is a Means-Plus-Function Limitation

82. A person of ordinary skill in the art would understand that the word "unit" in "local status [hardware] unit" is a generic, nonce term—like "mechanism," "element," or "device"—that does not connote any specific structure. The inclusion of "hardware" in claim 10 reinforces that "unit" is generic. In the context of that claim, the term "unit" refers to unspecified, general hardware. The phrase "local status" would not be understood by a person of ordinary skill in the art to define structure for the "unit." In the context of networking technology, "local status" refers to a location ("local") and a condition ("status"), not to structure.

83. A person of ordinary skill in the art would also understand that the language of claims 1 and 10 does not otherwise recite any structural detail for the "local status [hardware] unit"; rather, it describes the term solely using the function it performs, i.e., "to provide [first] local status information regarding congestion for each of the [third] plurality of output channels." I understand that 35 U.S.C. § 112, ¶ 6 applies to such broad functional claiming.

84. I disagree with Empire's proposed construction of "plain and ordinary meaning," particularly since Empire does not explain what that meaning is, leaving the boundaries of the limitation ambiguous. In my opinion, there is no plain and ordinary meaning of the term because there is no structure of a "local status hardware unit" or a "local status unit" that would be known to a person of ordinary skill in the art, much less one that "provide[s] local status information regarding congestion for each of the plurality of output channels" as the claim recites.

### 2. The Claims Recite the Function of the "Local Status [Hardware] Unit"

85. In my opinion, a person of ordinary skill in the art would understand that the corresponding function for the claim 1 limitation "a local status hardware unit" (and the analogous limitation of claim 10) is "to provide local status information regarding congestion for each of the plurality of output channels," as stated in claims. I understand that Empire proposes a nearly identical function, if the claim term is determined to be a means-plus-function limitation.

86. The claimed function is consistent with the specification's disclosures that "local status hardware 301 may use the collected local status information 305 to 311 to determine local congestion metrics or statuses 313 to 319 for each of the outgoing data channels 205 to 211 based on the local status information 305 to 311," and aggregation hardware unit 303 receives "local congestion metrics 313 to 319 determined by the local status hardware unit arrangement 301." '704 patent at 7:18-28.

### 3. "Local Status [Hardware] Unit" Is Indefinite for Lack of Corresponding Structure in the Specification

87. It is my opinion that a person of ordinary skill in the art would conclude that claims 1 and 10 are indefinite because there is insufficient structure in the specification corresponding to the claimed function of "provid[ing] local status information regarding congestion for each of the plurality of output channels."

88. A person of ordinary skill in the art would recognize that the specification repeatedly refers to the "local status [hardware] unit" using its function, not its structure. For example, Figure 3 (reproduced below) depicts "local status hardware unit/arrangement 301" as a simple box (outlined in red) and describes it functionally as "determin[ing] local congestion metrics or statuses 313 to 319 for each of the outgoing data channels 205 to 211." *Id.* at 7:11-22. The specification provides no further description of what is inside box 301 or what structure is

used to determine the "local congestion metrics 313 to 319." *Id.* at 7:23-28. A person of ordinary skill in the art would therefore understand that the specification does not identify specific structure for the "local status [hardware] unit" or clearly associate any specific structure with the claimed function.




F I G. 3

#### 4. Empire's Proposed Structure Is Incorrect

89. If the claim term is determined to be a means-plus-function limitation, I understand Empire proposes the following corresponding structure for the "local status [hardware] unit": "Local status hardware unit 301, including a microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any combination thereof, or logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc. *See, e.g.*, '704 patent, 7:8-22, 7:28-32, Fig. 3, 13:36-43,14:46-55, 14:64-15:13." In my opinion, a person of

ordinary skill in the art would not understand the structure that Empire identifies as being clearly linked and adequate for the "local status [hardware] unit" for reasons I explain below.

90. The text portion of Empire's proposed corresponding structure comes from the description of Figure 1 in column 4 of the '704 patent:

> FIG. 1 is a block diagram of an illustrative example of a regional congestion awareness network, arranged in accordance with the present disclosure. The network can be a network-on-chip that can include a multinodal processor 103 comprising a multinodal processing array 102 fabricated on a single integrated circuit 100. In some examples, the single integrated circuit 100 may be configured to function as a CPU 101, In other examples, the multinodal processor 103 may include processors on separate integrated chips. The processing node array 102 can include a particular number (N) of processing nodes 104(1)-104(N). Any suitable number of processing nodes 104 may be provided. Each processing node 104(1)-104(N) can generally have any desired configuration including, but not limited to, **a microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any combination thereof**. Thus, each processing node 104(1)-104(N) can include **logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc.**

'704 patent at 4:1-20 (emphasis added). A person of ordinary skill in the art would not understand this passage to provide corresponding structure for the "local status [hardware] unit." This passage is a list of integrated circuit components that could be present in "any desired configuration" of a processing node generally. But the passage says nothing about the "local status [hardware] unit" and does not clearly associate any of the listed components with the claimed function of providing local status information regarding congestion of output channels. Figure 1 (reproduced below) also makes no reference to the "local status [hardware] unit," which the patent designates with reference number 301.




F I G. 1

91. Empire's proposed corresponding structure is also flawed because it includes the terms "e.g." and "etc.," which a person of ordinary skill in the art would understand extends the structure to unspecified components. Empire has not identified a circumscribed set of specific disclosed structure, whether hardware or software, that corresponds to the "local status [hardware] unit."

92. 92. Empire's proposed corresponding structure is further flawed because a person of ordinary skill in the art would not understand Empire's cited passages from the specification of the '704 patent to provide sufficient corresponding structure for the "local status [hardware] unit" that is clearly linked to the claimed function.

93. Empire cites Figure 3 and the corresponding description in the '704 patent. Figure 3 is reproduced above with the "local status hardware unit/arrangement 301" outlined in red. The specification states:

> FIG. 3 is a block diagram of an illustrative example of a micro-architecture of an adaptive router 118 operating in the regional congestion awareness network, arranged in accordance with the present disclosure. As illustrated in the example of FIG. 3, each router 118 can contain a local status hardware unit/arrangement 301 configured to receive status information, which can be a local status information 305 to 311 for each outgoing channel of the router 118. As shown in the example illustrated in FIG. 2, the router 118 can have four (4) outgoing data channels 205 to 211 extending in the South 231, North 229, West 235, and East 233 directions. The local status hardware 301 may use the collected local status information 305 to 311 to determine local congestion metrics or statuses 313 to 319 for each of the outgoing data channels 205 to 211 based on the local status information 305 to 311.

*Id*. at 7:8-22.

94. A person of ordinary skill in the art would not understand this disclosure to include any circuit, algorithm, or other structure for the "local status [hardware] unit." As explained above, Figure 3 illustrates "local status hardware unit/arrangement 301" as a simple box with no disclosure of its composition and the specification's description relating to the Figure 3 does nothing more than restate the function that the claim recites for the "local status [hardware] unit"—namely, providing local status information regarding congestion for each of the plurality of output channels.

95. Empire next cites the statement in the specification that "[i]n some examples, the local congestion metrics 313 to 319 and the non-local status information 321 to 327 can be encoded in short, 6-bit integers, with a larger numerical value corresponding to, a greater degree of traffic." *Id.* at 7:28-32. A person of ordinary skill in the art would not understand this to provide structure for the "local status [hardware] unit." This passage does not relate to structure for the "local status [hardware] unit"; it describes the data format in which local congestion metrics and non-local status information may be encoded. There is no disclosure of (i) any circuit, algorithm, or other structural detail for the "local status [hardware] unit" or (ii) any specific structure clearly associated

with the function of providing local status information regarding congestion for each of the plurality of output channels.

96. Empire also cites the following from the '704 patent specification:

> The procedure may be executed by a processing arrangement provided in a first router, and the processing arrangement may be configured to perform techniques comprising determining status information regarding a second router located in the network, and transmitting the status information to a third router located in the network. The second router and the third router may be indirectly coupled to one another.

*Id*. at 13:36-43. A person of ordinary skill in the art would not understand this passage to disclose any structure for a "local status [hardware] unit." Instead, it refers generally to a router with an unspecified "processing arrangement"—a functional and generic term that itself does not denote any circuit, algorithm, or other structure. Moreover, the "processing arrangement" is described in purely functional terms. It "determin[es] status information regarding a second router" and "transmit[s] the status information to a third router." None of this disclosure is specific to a "local status [hardware] unit" or linked to the claimed function for the "local status [hardware] unit" of providing local status information regarding congestion for each of the plurality of output channels.

97. Next, Empire relies on the following excerpts from the '704 patent:

> The present disclosure is not to be limited in terms of the particular examples described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Deviceally [sic] equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims.

*Id.* at 14:46-55.

> There is little distinction left between hardware and software implementations of aspects of systems; the use of hardware or software is generally (but not always, in that in certain contexts the choice between hardware and software can become significant) a design choice representing cost vs. efficiency tradeoffs. There are various vehicles by which processes and/or systems and/or other technologies described herein can be effected (e.g., hardware, software, and/or firmware), and that the preferred vehicle will vary with the context in which the processes and/or systems and/or other technologies are deployed. For example, if an implementer determines that speed and accuracy are paramount, the implementer may opt for a mainly hardware and/or firmware vehicle; if flexibility is paramount, the implementer may opt for a mainly software implementation; or, yet again alternatively, the implementer may opt for some combination of hardware, software, and/or firmware.

*Id.* at 14:64-15:13. A person of ordinary skill in the art would not understand this disclosure to provide corresponding structure for the "local status [hardware] unit." These excerpts discuss "modifications and variations [that] can be made," as well as choices in hardware or software implementations. The descriptions are general in nature. Neither passage refers to a "local status [hardware] unit," let alone identifies specific structure for a "local status [hardware] unit" that is clearly linked to the claimed function of providing local status information regarding congestion for each of the plurality of output channels.

### C. "aggregation [hardware] unit"

| Claims | Empire's Construction | NVIDIA's Construction |
|---|---|---|
| 1-17 | Plain and ordinary meaning<br><br>Empire does not agree that this term is subject to § 112, ¶ 6. Without waiving that position, and solely to the extent the Court determines that § 112, ¶ 6 applies, Empire proposes the following corresponding function and structure in the alternative. | This is a means-plus-function term subject to § 112, ¶ 6.<br><br>**Function:** "to receive non-local status information provided by at least one other node of the plurality of nodes" and "to combine the non-local status information and the local status information to provide |

| | | |
|---|---|---|
| | **Recited Function:**<br><br>**Claim 1:** "receiv[ing] non-local status information provided by at least one other node of the plurality of nodes" and capable of "combin[ing] the non-local status information and the local status information to provide aggregate status information"<br><br>**Claim 10:** "combin[ing] the non-local status information corresponding to the first node and the first local status information to produce first aggregate status information"<br><br>**Structure:**<br><br>Aggregation hardware unit 303 including a microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any combination thereof, or logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc. *See, e.g.*, '704 patent at 8:10-26, 8:27-29, 8:47-50, Fig. 4-6, 13:36-43, 14:46-55, 14:64-15:13, 7:23-37 | aggregate status information" (Claim 1)<br><br>"to combine the non-local status information corresponding to the first node and the first local status information to produce first aggregate status information" (Claim 10)<br><br>**Structure:** The circuits shown in aggregation unit 303 in Figs. 4 and 5, and in the aggregation unit in Fig. 6 (and their equivalents). *See, e.g.*, '704 patent, 8:10-54, 8:55-67, and 9:1-12. |

98. Claim 1 recites "an aggregation hardware unit configured to receive non-local status information provided by at least one other node of the plurality of nodes, wherein the aggregation hardware unit is configured to combine the non-local status information and the local status information to provide aggregate status information." Claim 10 includes a similar limitation:

"an aggregation unit configured to combine the non-local status information corresponding to the first node and the first local status information to produce first aggregate status information." My understanding of the parties' positions relating to the term "aggregation [hardware] unit" is described in the chart above. I understand the parties dispute whether the "aggregation [hardware] unit" is a means-plus-function limitation. As with the "local status [hardware] unit,"

99. I have been asked to evaluate whether the "aggregation [hardware] unit" is a means-plus-function limitation, and if I conclude that it is, to assess the function and structure relating to the claimed "aggregation [hardware] unit." Based on the understanding of a person of ordinary skill in the art, I conclude that the "aggregation [hardware] unit" is a means-plus-function limitation and corresponds to the specific structure shown in Figs. 4-6 of the '704 patent and described at 8:10-9:12 in the specification.

**1. The "Aggregation [Hardware] Unit" Is a Means-Plus-Function Limitation**

100. Similar to the "local status [hardware] unit," a person of ordinary skill would understand the word "unit" in "aggregation [hardware] unit" as a generic, nonce term that does not, by itself, connote any specific structure. A person of ordinary skill in the art would understand a "unit" as a non-specific term that refers to hardware and/or software. Claim 1 includes the term "hardware," but that term is broad and does not indicate any particular structure.

101. A person of ordinary skill in the art would also understand that the word "aggregation" does not suggest any specific structure. It simply describes the function of the claimed unit, which is to combine non-local status information with local status information to produce aggregate status information. Further, in the field of networking, "aggregation" refers to the action of aggregating. It does not define structure.

102. I disagree with Empire's proposed construction of "plain and ordinary meaning," particularly since Empire does not explain what that meaning is, leaving the boundaries of the limitation ambiguous. In my opinion, there is no plain and ordinary meaning of the term because there is no structure of an "aggregation hardware unit" or an "aggregation unit" that would be known to a person of ordinary skill in the art.

**2. Function of the "Aggregation [Hardware] Unit"**

103. In my opinion, a person of ordinary skill in the art would understand the function for the "aggregation [hardware] unit" is "to receive non-local status information provided by at least one other node of the plurality of nodes" and "to combine the non-local status information and the local status information to provide aggregate status information" (for claim 1) and "to combine the non-local status information corresponding to the first node and the first local status information to produce first aggregate status information" (for claim 10). These functions are recited in the claims.

104. The specification also describes the "aggregation [hardware] unit" using the same functions recited in the claims. It states that "aggregation hardware unit/arrangement 303 . . . can **receive** non-local status information 321 to 327" and that "the aggregation hardware arrangement can **combine** the local congestion metrics 313 to 319 with the non-local status information 321 to 327 to generate resulting combined status information or metrics 329 to 335 for each output channel of the router 118." '704 patent at 7:23-37 (emphasis added).

105. I understand that Empire proposes similar functions for the "aggregation [hardware] unit" if it is determined that the term is a means-plus-function limitation. I disagree, however, with Empire's addition of the phrase "capable of" to the "combin[ing]" function for claim 1. Claim 1 does not use the words "capable of" to describe the "combin[ing]" function. The claim includes the phrase "configured to combine," which requires that the claimed apparatus be

configured to perform the recited "combin[ing]" function. For these reasons, a person of ordinary skill in the art would not consider the mere capability to perform "combin[ing]" to be the same as being "configured to" combine.

### 3. The Specification Discloses Structure Corresponding to the "Aggregation [Hardware] Unit"

106. Unlike the "local status [hardware] unit," the specification discloses specific structure that a person of ordinary skill in the art would understand to be clearly linked to the claimed functions of the "aggregation [hardware] unit." The specification depicts "aggregation hardware unit/arrangement 303" in Figure 3 as a simple box, as shown outlined in red below. *Id.* at 7:23-28.




F I G. 3

107. The specification then proceeds to describe several examples of an "aggregation [hardware] unit" in Figures 4-6 and the accompanying text, linking those examples to the claimed functions.

108. Regarding Figure 4 (reproduced below), the specification explains that the aggregation module 303 receives non-local status information:

> FIG. 4 is a schematic diagram of an illustrative example of an aggregation module 303 in a regional congestion awareness network, arranged in accordance with the present disclosure. In some examples, the aggregation module may include a software module that is executed by the aggregation hardware within the router 118, while in other examples the aggregation module is implemented as hardware. In some examples, **the aggregation module 303** can **receive** the local congestion metrics 313 to 319 and **the non-local status information 321 to 327** of the router 118, and can then left shift these values 401, 403 to ensure that the received congestion information 303 to 319 and 321 to 327 remains in the network for the distribution to other nodes 104 in subsequent network hops. The further the congestion information 303 to 319 and 321 to 327 is shifted to the left, the further the information 303 to 319 and 321 to 327 may travel through the multimodal array 102.

*Id*. at 8:10-26 (emphasis added). The specification further explains that weights are assigned to the local and non-local status information. *Id*. at 8:27-32. After that assignment, "**aggregation module 303 can determine the arithmetic mean** of the weighted local congestion metrics 313 to 319 and the weighted non-local status information 321 to 327 using an add function 405 and a right-shift function 411." *Id*. at 8:45-50 (emphasis added). Determining the mean is one way to combine the local and non-local status information. A person of ordinary skill in the art would understand that the specification therefore clearly associates the example in Figure 4 with the claimed "receiv[ing]" and "combin[ing]" functions recited in claims 1 and 10 for the "aggregation [hardware] unit." The relevant structures are weights 407 and 409, left-shift functions 401 and 403, add function 405, and right-shift function 411. Those are corresponding structure for the "aggregation [hardware] unit."




F I G. 4

109. The specification describes another example of the "aggregation [hardware] unit" in Figure 5 (reproduced below) and the related text. As shown in the figure, add functions 405(1)-(4) receive "remote congestion status" information. The figure further shows "the local congestion metric 313 to 319 and the non-local status information 321 to 327 of each output channel in the router 118 can be averaged by adding these values together using an add function 405(1)-(4), and then dividing by two (2) using a right shift by one operation 411(1)-(4)." *Id.* at 8:58-63. The specification explains that this embodiment yields combined status information because "[t]his approach weighs the local congestion metrics 313 to 319 and the non-local status information 321 to 327 equally, and, as a result, can contribute a **combined metric** 329 to 335 that decays exponentially with distance from the router 118." *Id.* at 8:63-67 (emphasis added). A person of ordinary skill in the art reviewing the specification would thus understand that the examples in Figure 5—add functions 405(1)-(4) and right-shift functions 411(1)-(4)—are associated with the "receiv[ing]" and "combin[ing]" functions recited in claims 1 and 10. These are corresponding structure for the "aggregation [hardware] unit."




F I G. 5

110. Figure 6 (reproduced below) and related text in the specification disclose a third example of an "aggregation [hardware] unit." In Figure 6's aggregation module arrangement 303, right-shift functions 409(1)-(4) receive "remote congestion status" information. Further, the various structures in the aggregation module arrangement effect the combination of local and non-local status information: "the weights of the local congestion metric 313 to 319 and the non-local status information 321 to 327 can be adjusted by bit shifting before **combination** by the add functions 405(1)-(4) and averaging by a right shift by one operation 411(1)-(4)" such that "the non-local status information 321 to 327 can be given half as much weight as the local congestion metric 313 to 319 by right-shifting the non-local status information 321 to 327 by one position

using a right-shift function 409(1)-(4)." *Id.* at 9:1-12. As a result, a person of ordinary skill in the art would understand that the aggregation module arrangement illustrated in Figure 6 (right shift functions 409(1)-(4), add functions 405(1)-(4), and right-shift functions 411(1)-(4)) is clearly linked to the claimed "receiv[ing]" and "combin[ing]" functions. Accordingly, they are corresponding structure for the "aggregation [hardware] unit."



FIG. 6

#### 4. Empire's Proposed Additional Corresponding Structure Is Incorrect

111. If "aggregation [hardware] unit" is determined to be a means-plus-function limitation, Empire proposes the following corresponding structure for the term:

> Aggregate hardware unit 303, including a microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any

> combination thereof, or logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc. *See, e.g.*, '704 patent, 8:10-26, 8:27-29, 8:47-50, Fig 4-6, 13:36-43, 14:46-55, 14:64-15:13, 7:23-37.

112. Portions of Empire's proposed structure overlap with what I have identified as corresponding structure. But Empire cites additional disclosures that a person of ordinary skill in the art would not clearly associate with the claimed "receiv[ing]" and "combin[ing]" functions of the "aggregation [hardware] unit."

113. As with the "local status [hardware] unit," the general text of Empire's proposed structure comes from the following passage in the '704 patent relating to Figure 1:

> FIG. 1 is a block diagram of an illustrative example of a regional congestion awareness network, arranged in accordance with the present disclosure. The network can be a network-on-chip that can include a multinodal processor 103 comprising a multinodal processing array 102 fabricated on a single integrated circuit 100. In some examples, the single integrated circuit 100 may be configured to function as a CPU 101, In other examples, the multinodal processor 103 may include processors on separate integrated chips. The processing node array 102 can include a particular number (N) of processing nodes 104(1)-104(N). Any suitable number of processing nodes 104 may be provided. Each processing node 104(1)-104(N) can generally have any desired configuration including, but not limited to, a **microprocessor (.mu.P), a microcontroller (.mu.C), a digital signal processor (DSP), or any combination thereof**. Thus, each processing node 104(1)-104(N) can include **logic for executing program instructions as well as other device blocks, such as e.g., an arithmetic logic unit (ALU), a floating point unit (FPU), a digital signal processing (DSP) node, registers, accumulators, etc.**

'704 patent at 4:1-20 (emphasis added). A person of ordinary skill in the art would not understand this disclosure as corresponding structure for the "aggregation [hardware] unit." As explained above, this passage refers to components for a processing node. The disclosure does not mention the "aggregation [hardware] unit" or clearly link any specific structure to the claimed functions of

the "aggregation [hardware] unit." Figure 1 itself (reproduced below) does not include an "aggregation [hardware] unit," which corresponds to reference number 303 in the '704 patent.




F I G. 1

114. Like its proposed corresponding structure for "local hardware [status] unit," Empire's corresponding structure here includes the terms "e.g." and "etc." and therefore remains open-ended. Accordingly, it is my opinion that a person of ordinary skill in the art would understand that Empire's proposal does not properly limit the corresponding structure.

115. The additional citations in Empire's proposed structure also do not identify corresponding structure for an "aggregation [hardware] unit" that is clearly linked to the claimed functions. For example, Empire cites the following portion of the '704 patent specification:

> In some examples, the local congestion metrics 313 to 319 and the non-local status information 321 to 327 can be encoded in short, 6-bit integers, with a larger numerical value corresponding to, a greater degree of traffic. As shown in FIG. 3, and in more detail in FIG. 4, the aggregation hardware arrangement can combine the local

> congestion metrics 313 to 319 with the non-local status information 321 to 327 to generate resulting combined status information or metrics 329 to 335 for each output channel of the router 118.

*Id.* at 7:28-37. A person of ordinary skill in the art would not understand this passage to supply structure for the "aggregation [hardware] unit." The first sentence does not mention an "aggregation [hardware] unit" but relates instead to the data format in which local congestion metrics and non-local status information may be encoded. That is not structure clearly associated with the claimed "receiv[ing]" and "combin[ing]" functions. The second sentence mentions an "aggregation hardware arrangement" and describes that the arrangement can combine local and non-local status information to generated combined status information. This disclosure restates the claimed "combin[ing]" function for the "aggregation [hardware] unit," but it does not identify any structure clearly linked to performing the function. The specification refers to Figure 4 for additional detail.

116. Empire also cites the following passage:

> The procedure may be executed by a processing arrangement provided in a first router, and the processing arrangement may be configured to perform techniques comprising determining status information regarding a second router located in the network, and transmitting the status information to a third router located in the network. The second router and the third router may be indirectly coupled to one another.

*Id.* at 13:36-43. A person of ordinary skill in the art would not understand this excerpt to identify corresponding structure for the "aggregation [hardware] unit" either. There is no mention of the "aggregation [hardware] unit" or the claimed "receiv[ing]" and "combin[ing]" functions. The paragraph refers to a generic and unspecified "processing arrangement" without identifying any specific structure for that arrangement. There is no disclosure of structure for an "aggregation [hardware] unit" that is clearly linked to the claimed functions.

117. Next, Empire cites the following boilerplate language near the end of the '704 patent specification:

> The present disclosure is not to be limited in terms of the particular examples described in this application, which are intended as illustrations of various aspects. Many modifications and variations can be made without departing from its spirit and scope, as will be apparent to those skilled in the art. Deviceally [sic] equivalent methods and apparatuses within the scope of the disclosure, in addition to those enumerated herein, will be apparent to those skilled in the art from the foregoing descriptions. Such modifications and variations are intended to fall within the scope of the appended claims.

*Id*. at 14:46-55.

> There is little distinction left between hardware and software implementations of aspects of systems; the use of hardware or software is generally (but not always, in that in certain contexts the choice between hardware and software can become significant) a design choice representing cost vs. efficiency tradeoffs. There are various vehicles by which processes and/or systems and/or other technologies described herein can be effected (e.g., hardware, software, and/or firmware), and that the preferred vehicle will vary with the context in which the processes and/or systems and/or other technologies are deployed. For example, if an implementer determines that speed and accuracy are paramount, the implementer may opt for a mainly hardware and/or firmware vehicle; if flexibility is paramount, the implementer may opt for a mainly software implementation; or, yet again alternatively, the implementer may opt for some combination of hardware, software, and/or firmware.

*Id.* at 14:64-15:13.

118. A person of ordinary skill in the art would understand that there is no disclosure of any specific structure for an "aggregation [hardware] unit" that is clearly linked to the claimed "receiv[ing]" and "combin[ing]" functions. Neither passage mentions an "aggregation [hardware] unit" or any other specific component of the disclosed router. Further, the passages do not discuss the claimed functions of the "aggregation [hardware] unit." The paragraphs are statements about

modifications and variations to the examples in the patent and the tradeoffs involved in implementing hardware or software.

## VII. CONCLUSION

119. My opinions in this declaration are based on information I have considered to date. I reserve the right to revise or supplement my opinions as the case progresses, as additional information comes to light, and/or in response to evidence or testimony presented by Empire.

I declare under penalty of perjury that the foregoing contains my true and correct opinions.

Date: August 7, 2026

Kevin C. Almeroth
Kevin C. Almeroth, Ph.D.

# Appendix A

# Kevin C. Almeroth

Professor Emeritus
Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
(805)636-1123 (office)
(805)893-8553 (fax)
almeroth@cs.ucsb.edu (email)
http://www.cs.ucsb.edu/~almeroth (WWW URL)

## Education

**Ph.D.** June 1997 *Georgia Institute of Technology* Computer Science

*Dissertation Title*: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems

*Minor*: Telecommunications Public Policy

**M.S.** June 1994 *Georgia Institute of Technology* Computer Science

*Specialization*: Networking and Systems

**B.S. (high honors)** June 1992 *Georgia Institute of Technology* Information and Computer Science

*Minors*: Economics, Technical Communication, American Literature

## Employment History

| | | |
|---|---|---|
| Professor Emeritus | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Nov 2020 -- present |
| Professor | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 2005 -- Oct 2020 |
| Associate Dean | College of Engineering<br>University of California<br>Santa Barbara, CA | Mar 2007 -- Aug 2009 |
| Vice Chair | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 2000 -- Nov 2005 |

| | | |
|---|---|---|
| Associate Professor | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 2001 -- Jun 2005 |
| Assistant Professor | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 1997 -- Jun 2001 |
| Graduate Researcher | Broadband Telecommunications Center<br>Georgia Center for Adv Telecom Tech<br>Atlanta, GA | Sep 1996--Jun 1997 |
| Graduate Intern | IBM<br>T.J. Watson Research Labs<br>Hawthorne, NY | Jun 1995--Sep 1995 |
| Support Specialist | Office of Information Technology<br>Georgia Institute of Technology<br>Atlanta, GA | Sep 1995--Jun 1997 |
| Research Assistant | College of Computing<br>Georgia Institute of Technology<br>Atlanta, GA | Jan 1994--Mar 1994 |
| Graduate Intern | Hitachi Telecommunications<br>Norcross, GA | Jun 1992--Sep 1992 |
| Undergraduate Intern | IBM<br>Research Triangle Park, NC | Jun 1989--Sep 1989<br>Jun 1990--Sep 1990<br>Mar 1991--Sep 1991 |

## Industry Technical Advising

| | | |
|---|---|---|
| Board of Directors | The New Media Studio<br>Santa Barbara, CA | Nov 2006 --<br>present |
| Co-Founder &<br>Chairman of the Board | Santa Barbara Labs, LLC<br>Santa Barbara, CA | Sep 2007 --<br>Dec 2009 |
| Board of Advisors | Techknowledge Point<br>Santa Barbara, CA | May 2001 --<br>Dec 2007 |
| Technical Advisory Board | Occam Networks, Inc.<br>Santa Barbara, CA | May 2000 --<br>Dec 2010 |
| Board of Advisors | Airplay Inc.<br>San Francisco, CA | Jun 2005 --<br>Aug 2009 |
| Consultant | Lockheed Martin Corporation<br>San Jose, CA | Nov 1999 --<br>Jun 2009 |

| | | |
|---|---|---|
| Board of Advisors | Santa Barbara Technology Group<br>Santa Barbara, CA | Sep 2000 --<br>Dec 2004 |
| Board of Directors | Virtual Bandwidth, Inc.<br>Santa Barbara, CA | Nov 2000 --<br>Jun 2001 |
| Board of Advisors &<br>Affiliated Scientist | Digital Fountain<br>San Francisco, CA | Jan 2000 --<br>Dec 2001 |
| Senior Technologist | IP Multicast Initiative, Stardust Forums<br>Campbell, CA | Jun 1998 --<br>Dec 2000 |

# I. Teaching

## A. Courses Taught

| | | |
|---|---|---|
| CS 176A | Intro to Computer Communication Networks | Fall 1997, Fall 1998, Fall 2002, Fall 2003, Fall 2004, Spring 2005, Spring 2006, Spring 2007, Spring 2008, Fall 2008, Fall 2009, Fall 2010, Fall 2011, Fall 2012, Fall 2013, Fall 2014, Spring 2017, Spring 2018, Spring 2020, Fall 2020 |
| CS 176B | Network Computing | Winter 2000, Winter 2001, Winter 2002, Winter 2012, Winter 2014, Winter 2015, Winter 2018, Winter 2019, Winter 2020 |
| MAT 201B | Media Networks and Services | Fall 1999, Fall 2000, Fall 2001, Fall 2003 |
| CS 276 | Distributed Computing and Computer Networks | Winter 1999, Spring 2000, Fall 2002, Fall 2005, Fall 2018 |
| CS 290I | Networking for Multimedia Systems | Winter 1998, Spring 1999, Fall 2004, Winter 2010 |
| CS 595N | Technology and Society | Winter 2005, Fall 2005, Spring 2006, Fall 2006, Spring 2007, Fall 2007, Spring 2008, Fall 2008, Spring 2009 |
| CS 595N | Economic Systems Seminar | Winter 2004, Spring 2004, Winter 2005, Spring 2005 |
| CS 595N | Networking Seminar | Winter 1999, Fall 1999, Winter 2003, Winter 2019 |
| CS 595N | Wireless Networking & Multimedia Seminar | Fall 2000 |
| CS 595I | Systems Design and Implementation Seminar | Fall 1999, Fall 2000, Winter 2001, Spring 2001, Winter 2002, Spring 2002 |

## B. Other Teaching Experience

- *The Evolution of Advanced Networking Services: From the ARPAnet to Internet2*, Instructor, Summer 2001. Short course taught at Escuela de Ciencias Informatica (ECI) sponsored by the Universidad de Buenos Aires.

- *Johns Hopkins Center for Talented Youth*, Instructor, Summer 1994. CTY is a program to teach gifted high school students the fundamentals of computer science.
- *Georgia Institute of Technology*, Graduate Teaching Assistant, Sep 1994--Sep 1996. Worked as a TA for 12 quarters teaching 7 different courses (4 undergraduate and 3 graduate).

## C. Ph.D. Students Advised [14 graduated]

14. Daniel Havey
    Research Area: *Throughput and Delay on the Packet Switched Internet*
    Date Graduated: Winter 2015
    First Position: Microsoft
13. Lara Deek (co-advised with E. Belding)
    Research Area: *Resource-Efficient Wireless Systems for Emerging Wireless Networks*
    Date Graduated: Summer 2014
    First Position: Post Doc, UIUC
12. Mike Wittie
    Research Area: *Towards Sustained Scalability of Communication Networks*
    Date Graduated: Summer 2011
    First Position: Assistant Professor, Montana State University
11. Allan Knight
    Research Area: *Supporting Integration of Educational Technologies and Research of Their Effects on Learning*
    Date Graduated: Summer 2009
    First Position: Research Scientist, Citrix Online
10. Hangjin Zhang
    Research Area: *Towards Blended Learning: Educational Technology to Improve and Assess Teaching and Learning*
    Date Graduated: Spring 2009
    First Position: Microsoft
9. Gayatri Swamynathan
    Dissertation Title: *Towards Reliable Reputations for Distributed Applications*
    Date Graduated: Spring 2008
    First Position: Zynga
8. Amit Jardosh (co-advised with E. Belding)
    Dissertation Title: *Adaptive Large-Scale Wireles Networks: Measurements, Protocol Designs, and Simulation Studies*
    Date Graduated: Fall 2007
    First Position: Yahoo!
7. Khaled Harras
    Dissertation Title: *Protocol and Architectural Challenges in Delay and Disruption Tolerant Networks*
    Date Graduated: Summer 2007
    First Position: Assistant Professor, Carnegie Mellon University
6. Krishna Ramachandran (co-advised with E. Belding)
    Dissertation Title: *Design, Deployment, and Management of High-Capacity Wireless Mesh Networks*
    Date Graduated: Winter 2006
    First Position: Research Scientist, Citrix Online

5. Robert Chalmers
   Dissertation Title: *Improving Device Mobility with Intelligence at the Network Edge*
   Date Graduated: Summer 2004
   First Position: President and CEO, Limbo.net
4. Prashant Rajvaidya
   Dissertation Title: *Achieving Robust and Secure Deployment of Multicast*
   Date Graduated: Spring 2004
   First Position: President and CTO, Mosaic Networking
3. Sami Rollins
   Dissertation Title: *Overcoming Resource Constraints to Enable Content Exchange Applications in Next-Generation Environments*
   Date Graduated: Spring 2003
   First Position: Assistant Professor, Mount Holyoke College
2. Srinivasan Jagannathan
   Dissertation Title: *Multicast Tree-Based Congestion Control and Topology Management*
   Date Graduated: Spring 2003
   First Position: Consultant, Kelly & Associates
1. Kamil Sarac
   Dissertation Title: *Supporting a Robust Multicast Service in the Global Infrastructure*
   Date Graduated: Spring 2002
   First Position: Assistant Professor, UT-Dallas

## D. M.S. Students Advised (Thesis/Project Option) [19 graduated]

19. Neer Shey
    Research Area: *Analyzing Content Distribution Through Opportunistic Contact for Smart Cellular Phones*
    Date Graduated: Spring 2010
18. Camilla Fiorese
    Research Area: *Analysis of a Pure Rate-Based Congestion Control Algorithm*
    Date Graduated: Summer 2009
17. Brian Weiner
    Research Area: *Multi-Socket TCP: A Simple Approach to Improve Performance of Real-Time Applications over TCP*
    Date Graduated: Fall 2007
16. Avijit Sen Mazumder
    Research Area: *Facilitating Robust Multicast Group Management*
    Date Graduated: Fall 2005
15. Rishi Matthew
    Thesis Title: *Providing Seamless Access to Multimedia Content on Heterogeneous Platforms*
    Date Graduated: Summer 2004
14. Camden Ho
    Research Area: *Tools and Techniques for Wireless Network Management*
    Date Graduated: Spring 2004
13. Amit Jardosh (co-advised with E. Belding)
    Research Area: *Realistic Environment Models for Mobile Network Evaluation*
    Date Graduated: Spring 2004
12. Nitin Solanki
    Research Area: *SongWand: A Wireless Barcode Scanner Using Bluetooth Technology*

Date Graduated: Winter 2004

11. Vrishali Wagle (co-advised with E. Belding)
    Research Area: *An Ontology-Based Service Discovery Mechanism*
    Date Graduated: Winter 2004
10. Uday Mohan
    Thesis Title: *Scalable Service Discovery in Mobile Ad hoc Networks*
    Date Graduated: Spring 2003
9. Krishna Ramachandran
    Thesis Title: *Ubiquitous Multicast*
    Date Graduated: Spring 2003
8. John Slonaker
    Thesis Title: *Inductive Loop Signature Acquisition Techniques*
    Date Graduated: Spring 2002
7. Mohammad Battah
    Thesis Title: *Dedicated Short-Range Communications Intelligent Transportation Systems Protocol (DSRC-ITS)*
    Date Graduated: Spring 2002
6. Kevin Vogel
    Thesis Title: *Integrating E-Commerce Applications into Existing Business Infrastructures*
    Date Graduated: Spring 2001
5. Sami Rollins
    Thesis Title: *Audio XmL: Aural Interaction with XML Documents*
    Date Graduated: Winter 2000
4. Andy Davis
    Thesis Title: *Stream Scheduling for Data Servers in a Scalable Interactive TV System*
    Date Graduated: Spring 1999
3. David Makofske
    Thesis Title: *MHealth: A Real-Time Graphical Multicast Monitoring Tool*
    Date Graduated: Winter 1999
2. Prashant Rajvaidya
    Thesis Title: *MANTRA: Router-Based Monitoring and Analysis of Multicast Traffic*
    Date Graduated: Winter 1999
1. Alex DeCastro (co-advised with Yuan-Fang Wang)
    Thesis Title: *Web-Based Collaborative 3D Modeling*
    Date Graduated: Winter 1998

## E. Teaching Awards

2006-2007 UCSB Academic Senate Distinguished Teaching Award
2004-2005 Computer Science Outstanding Faculty Member
2000-2001 UCSB Spotlight on Excellence Award
1999-2000 Computer Science Outstanding Faculty Member (co-recipient)
1998-1999 Computer Science Outstanding Faculty Member (co-recipient)
1997-1998 Computer Science Outstanding Faculty Member

# II. Research

## A. Journal Papers, Magazine Articles, Books, and Book Chapters

62. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "A Practical Framework for 802.11 MIMO Rate Adaptation," Computer Networks, vol. 83, num. 6, pp. 332-348, June 2015.

61. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Intelligent Channel Bonding in 802.11n WLANs," IEEE Transactions on Mobile Computing, vol. 13, num. 6, pp. 1242-1255, June 2014.

60. H. Zhang and K. Almeroth, "Alternatives for Monitoring and Limiting Network Access to Students in Network-Connected Classrooms," Journal of Interactive Learning Research (JILR), vol. 24, num. 3, pp. 237-265, July 2013.

59. M. Tavakolifard and K. Almeroth, "A Taxonomy to Express Open Challenges in Trust and Reputation Systems," Journal of Communications, vol. 7, num. 7, pp. 538-551, July 2012.

58. M. Tavakolifard and K. Almeroth, "Social Computing: An Intersection of Recommender Systems, Trust/Reputation Systems, and Social Networks," IEEE Network, vol. 26, num. 4, pp. 53-58, July/August 2012.

57. M. Tavakolifard, K. Almeroth, and P. Ozturk, "Subjectivity Handling of Ratings for Trust and Reputation Systems: An Abductive Reasoning Approach," International Journal of Digital Content Technology and its Applications (JDCTA), vol. 5, num. 11, pp. 359-377, November 2011.

56. R. Raghavendra, P. Acharya, E. Belding and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," Wireless Communications and Mobile Computing (WCMC) Journal, vol. 11, num. 8, pp. 1182-1196, August 2011.

55. A. Knight and K. Almeroth, "Automatic Plagiarism Detection with PAIRwise 2.0," Journal of Interactive Learning Research (JILR), vol. 22, num. 3, pp. 379-400, July 2011.

54. V. Kone, M. Zheleva, M. Wittie, B. Zhao, E. Belding, H. Zheng, and K. Almeroth, "AirLab: Consistency, Fidelity and Privacy in Wireless Measurements," ACM Computer Communications Review, vol. 41, num. 1, pp. 60-65, January 2011.

53. G. Swamynathan, K. Almeroth, and B. Zhao, "The Design of a Reliable Reputation System," Electronic Commerce Research Journal, vol. 10, num. 3-4, pp. 239-270, December 2010.

52. P. Acharya, A. Sharma, E. Belding, K. Almeroth and K. Papagiannaki, "Rate Adaptation in Congested Wireless Networks through Real-Time Measurements," IEEE Transactions on Mobile Computing, vol. 9, num. 11, pp. 1535-1550, November 2010.

51. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Unwanted Link Layer Traffic in Large IEEE 802.11 Wireless Networks," IEEE Transactions on Mobile Computing, vol. 9, num. 9, pp. 1212-1225, September 2010.

50. H. Zhang and K. Almeroth, "Moodog: Tracking Student Activity in Online Course Management Systems," Journal of Interactive Learning Research (JILR), vol. 21, num. 3, pp. 407-429, July 2010.

49. R. Chertov and K. Almeroth, "Qualitative Comparison of Link Shaping Techniques," International

Journal of Communication Networks and Distributed Systems, vol. 5, num. 1/2, pp. 109-129, July 2010.

48. A. Knight and K. Almeroth, "Fast Caption Alignment for Automatic Indexing of Audio," International Journal of Multimedia Data Engineering and Management, vol. 1, num. 2, pp. 1-17, April-June 2010.

47. K. Harras and K. Almeroth, "Scheduling Messengers in Disconnected Clustered Mobile Networks," Ad Hoc & Sensor Wireless Networks, vol. 9, num. 3-4, pp. 275-304, March-April 2010.

46. A. Jardosh, K. Papagiannaki, E. Belding, K. Almeroth, G. Iannaccone, and B. Vinnakota, "Green WLANs: On-Demand WLAN Infrastructures," ACM Journal on Mobile Networks and Applications (MONET), vol. 14, num. 6, pp. 798-814, December 2009.

45. M. Wittie, K. Harras, K. Almeroth, and E. Belding, "On the Implications of Routing Metric Staleness in Delay Tolerant Networks," Computer Communications Special Issue on Delay and Disruption Tolerant Networking, vol. 32, num. 16, pp. 1699-1709, October 2009.

44. K. Harras, L. Deek, C. Holman, and K. Almeroth, "DBS-IC: An Adaptive Data Bundling System for Intermittent Connectivity," Computer Communications Special Issue on Delay and Disruption Tolerant Networking, vol. 32, num. 16, pp. 1687-1698, October 2009.

43. S. Karpinski, E. Belding, K. Almeroth, and J. Gilbert, "Linear Representations of Network Traffic," ACM Journal on Mobile Networks and Applications (MONET), vol. 14, num. 4, pp. 368-386, August 2009.

42. K. Harras and K. Almeroth, "Controlled Flooding in Disconnected Sparse Mobile Networks," Wireless Communications and Mobile Computing (WCMC) Journal, vol. 9, num. 1, pp. 21-33, January 2009.

41. R. Mayer, A. Stull, K. DeLeeuw, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, A. Knight, and H. Zhang, "Clickers in College Classrooms: Fostering Learning with Questioning Methods in Large Lecture Classes," Contemporary Educational Psychology, vol. 34, num. 1, pp. 51-57, January 2009.

40. A. Knight, K. Almeroth, and B. Bimber, "Design, Implementation and Deployment of PAIRwise," Journal of Interactive Learning Research (JILR), vol. 19, num. 3, pp. 489-508, July 2008.

39. A. Garyfalos and K. Almeroth, "Coupons: A Multilevel Incentive Scheme for Information Dissemination in Mobile Networks," IEEE Transactions on Mobile Computing, vol. 7, num. 6, pp. 792-804, June 2008.

38. I. Sheriff, K. Ramachandran, E. Belding, and K. Almeroth, "A Multi-Radio 802.11 Mesh Network Architecture," ACM Journal on Mobile Networks and Applications (MONET), vol. 13, num. 1-2, pp. 132-146, April 2008.

37. M. Bulger, R. Mayer, K. Almeroth, and S. Blau, "Measuring Learner Engagement in Computer-Equipped College Classrooms," Journal of Educational Multimedia and Hypermedia, vol. 17, num. 2, pp. 129-143, April 2008.

36. G. Swamynathan, B. Zhao, and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," Concurrency and Computation: Practice and Experience, vol. 20, num. 2, pp. 155-166, February 2008.

35. G. Swamynathan, B. Zhao, K. Almeroth, and H. Zheng, "Globally Decoupled Reputations for Large Distributed Networks," Advances in Multimedia, vol. 2007, pp. 1-14, 2007.

34. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Overestimation Bias in Self-reported SAT Scores," Educational Psychology Review, vol. 19, num. 4, pp. 443-454, December 2007.

33. P. Namburi, K. Sarac and K. Almeroth, "Practical Utilities for Monitoring Multicast Service Availability," Computer Communications Special Issue on Monitoring and Measurement of IP Networks, vol. 29, num. 10, pp. 1675-1686, June 2006.

32. R. Chalmers, G. Krishnamurthi and K. Almeroth, "Enabling Intelligent Handovers in Heterogeneous Wireless Networks," ACM Journal on Mobile Networks and Applications (MONET), vol. 11, num. 2, pp. 215-227, April 2006.

31. H. Lundgren, K. Ramachandran, E. Belding, K. Almeroth, M. Benny, A. Hewatt, A. Touma and A. Jardosh, "Experience from the Design, Deployment and Usage of the UCSB MeshNet Testbed," IEEE Wireless Communications, vol. 13, num. 2, pp. 18-29, April 2006.

30. R. Mayer, K. Almeroth, B. Bimber, D. Chun, A. Knight and A. Campbell, "Technology Comes to College: Understanding the Cognitive Consequences of Infusing Technology in College Classrooms," Educational Technology, vol. 46, num. 2, pp. 48-53, March-April 2006.

29. A. Garyfalos and K. Almeroth, "A Flexible Overlay Architecture for Mobile IPv6 Multicast," Journal on Selected Areas in Communications (JSAC) Special Issue on Wireless Overlay Networks Based on Mobile IPv6, vol. 23, num. 11, pp. 2194-2205, November 2005.

28. K. Sarac and K. Almeroth, "Monitoring IP Multicast in the Internet: Recent Advances and Ongoing Challenges," IEEE Communications, vol. 43, num. 10, pp. 85-91, October 2005.

27. K. Sarac and K. Almeroth, "Application Layer Reachability Monitoring for IP Multicast," Computer Networks, vol. 48, num. 2, pp. 195-213, June 2005.

26. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Real-world Environment Models for Mobile Network Evaluation," Journal on Selected Areas in Communications Special Issue on Wireless Ad hoc Networks, vol. 23, num. 3, pp. 622-632, March 2005.

25. S. Rollins and K. Almeroth, "Evaluating Performance Tradeoffs in a One-to-Many Peer Content Distribution Architecture," Journal of Internet Technology, vol. 5, num. 4, pp. 373-387, Fall 2004.

24. K. Sarac and K. Almeroth, "Tracetree: A Scalable Mechanism to Discover Multicast Tree Topologies in the Network," IEEE/ACM Transactions on Networking, vol. 12, num. 5, pp. 795-808, October 2004.

23. K. Sarac and K. Almeroth, "A Distributed Approach for Monitoring Multicast Service Availability," Journal of Network and Systems Management, vol. 12, num. 3, pp. 327-348, September 2004.

22. P. Rajvaidya, K. Ramachandran and K. Almeroth, "Managing and Securing the Global Multicast Infrastructure," Journal of Network and Systems Management, vol. 12, num. 3, pp. 297-326, September 2004.

21. P. Rajvaidya and K. Almeroth, "Multicast Routing Instabilities," IEEE Internet Computing, vol. 8, num. 5, pp. 42-49, September/October 2004.

20. D. Johnson, R. Patton, B. Bimber, K. Almeroth and G. Michaels, "Technology and Plagiarism in the University: Brief Report of a Trial in Detecting Cheating," Association for the Advancement of Computing in Education (AACE) Journal, vol. 12, num. 3, pp. 281-299, Summer 2004.

19. R. Chalmers and K. Almeroth, "A Security Architecture for Mobility-Related Services," Journal of Wireless Personal Communications, vol 29, num. 3, pp. 247-261, June 2004.

18. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Pricing for Content in the Internet," Computer Communications, vol. 27, num. 6, pp. 522-528, April 2004.

17. S. Rollins and K. Almeroth, "Lessons Learned Deploying a Digital Classroom," Journal of Interactive Learning Research (JILR), vol. 15, num. 2, pp. 169-185, April 2004.

16. S. Jagannathan and K. Almeroth, "A Dynamic Pricing Scheme for E-Content at Multiple Levels-of-Service," Computer Communications, vol. 27, num. 4, pp. 374-385, March 2004.

15. K. Almeroth, "Using Satellite Links in the Delivery of Terrestrial Multicast Traffic," Internetworking and Computing over Satellites, Kluwer Academic Publishers, 2003.

14. R. Chalmers and K. Almeroth, "On the Topology of Multicast Trees," IEEE/ACM Transactions on Networking, vol. 11, num. 1, pp. 153-165, January 2003.

13. S. Jagannathan, J. Nayak, K. Almeroth, and M. Hofmann, "On Pricing Algorithms for Batched Content Delivery Systems," Electronic Commerce Research and Applications Journal, vol. 1, num. 3-4, pp. 264-280, Fall 2002.

12. D. Makofske and K. Almeroth, "Multicast Sockets: Practical Guide for Programmers," *Morgan Kaufmann Publishers*, November 2002.

11. S. Jagannathan and K. Almeroth, "Price Issues in Delivering E-Content On-Demand," ACM Sigecom Exchanges, vol. 3, num. 2, pp. 18-27, May 2002.

10. D. Makofske and K. Almeroth, "From Television to Internet Video-on-Demand: Techniques and Tools for VCR-Style Interactivity," Software: Practice and Experience, vol. 31, num. 8, pp. 781-801, July 2001.

9. K. Sarac and K. Almeroth, "Supporting Multicast Deployment Efforts: A Survey of Tools for Multicast Monitoring," Journal on High Speed Networking, Special Issue on Management of Multimedia Networking, vol. 9, num. 3/4, pp. 191-211, March 2001.

8. K. Almeroth, "Adaptive, Workload-Dependent Scheduling for Large-Scale Content Delivery Systems," Transactions on Circuits and Systems for Video Technology, *Special Issue on Streaming Video*, vol. 11, num. 3, pp. 426-439, March 2001.

7. D. Makofske and K. Almeroth, "Real-Time Multicast Tree Visualization and Monitoring," Software: Practice and Experience, vol. 30, num. 9, pp. 1047-1065, July 2000.

6. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of WWW Pages," Electronic Commerce Technology Trends: Challenges and Opportunities, IBM Press, February 2000.

5. K. Almeroth, "The Evolution of Multicast: From the MBone to Inter-Domain Multicast to Internet2 Deployment," IEEE Network Special Issue on Multicasting, vol. 10, num. 1, pp. 10-20, January/February 2000.

4. K. Almeroth and M. Ammar, "An Alternative Paradigm for Scalable On-Demand Applications: Evaluating and Deploying the Interactive Multimedia Jukebox," IEEE Transactions on Knowledge and Data Engineering Special Issue on Web Technologies, vol. 11, num. 4, pp 658-672, July/August 1999.

3. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," Computer Networks and ISDN Systems, vol. 30, no. 1, April 1998.

2. K. Almeroth and M. Ammar, "Multicast Group Behavior in the Internet's Multicast Backbone (MBone)," IEEE Communications, vol. 35, no. 6, pp. 124-129, June 1997.

1. K. Almeroth and M. Ammar, "On the Use of Multicast Delivery to Provide a Scalable and Interactive Video-on-Demand Service," Journal on Selected Areas of Communication (JSAC), vol. 14, no. 6, pp. 1110-1122, August 1996.

## B. Conference Papers with Proceedings (refereed)

89. D. Havey and K. Almeroth, "Active Sense Queue Management (ASQM)," *IFIP Networking Conference*, Toulouse, FRANCE, May 2015.

88. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Joint Rate and Channel Width Adaptation in 802.11 MIMO Wireless Networks," IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON), New Orleans, LA, USA, June 2013.

87. D. Havey and K. Almeroth, "Fast Wireless Protocol: A Network Stack Design for Wireless Transmission," *IFIP Networking Conference*, Brooklyn, New York, USA, May 2013.

86. M. Tavakolifard, J. Gulla, K. Almeroth, J. Ingvaldsen, G. Nygreen, and E. Berg, "Tailored News in the Palm of Your HAND: A Multi-Perspective Transparent Approach to News Recommendation," *Demo Track at the International World Wide Web Conference (WWW)*, Rio de Janeiro, BRAZIL, May 2013.

85. S. Patterson, M. Wittie, K. Almeroth, and B. Bamieh, "Network Optimization with Dynamic Demands and Link Prices," *Allerton Conference*, Monticello, Illinois, USA, October 2012.

84. D. Havey, R. Chertov, and K. Almeroth, "Receiver Driven Rate Adaptation," *ACM Multimedia Systems Conference (MMSys)*, Chapel Hill, North Carolina, USA, February 2012.

83. M. Tavakolifard and K. Almeroth, "Trust 2.0: Who to Believe in the Flood of Online Data?" *International Conference on Computing, Networking and Communications (ICNC)*, Maui, Hawaii, USA, January 2012.

82. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "The Impact of Channel Bonding on 802.11n Network Management," *ACM CoNEXT*, Tokyo, JAPAN, December 2011.

81. L. Deek, X. Zhou, K. Almeroth, and H. Zheng, "To Preempt or Not: Tackling Bid and Time-based Cheating in Online Spectrum Auctions," *IEEE Infocom*, Shanghai, CHINA, April 2011.

80. M. Wittie, V. Pejovic, L. Deek, K. Almeroth, and B. Zhao, "Exploiting Locality of Interest in Online Social Networks," *ACM CoNEXT*, Philadelphia, Pennsylvania, USA, November 2010.

79. R. Chertov and K. Almeroth, "Using BGP in a Satellite-Based Challenged Network Environment," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Boston, Massachusetts, USA, June 2010.

78. R. Chertov, D. Havey and K. Almeroth, "MSET: A Mobility Satellite Emulation Testbed," *IEEE*

*Infocom*, San Diego, California, USA, March 2010.

77. B. Stone-Gross, A. Moser, C. Kruegel, E. Kirda, and K. Almeroth, "FIRE: FInding Rogue nEtworks," *Annual Computer Security Applications Conference (ACSAC)*, Honolulu, Hawaii, USA, December 2009.

76. M. Wittie, K. Almeroth, E. Belding, I. Rimac, and V. Hilt, "Internet Service in Developing Regions Through Network Coding," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Rome, ITALY, June 2009.

75. R. Chertov and K. Almeroth, "High-Fidelity Link Shaping," *International Conference on Testbeds and Research Infrastructures for the Development of Networks and Communities (TRIDENTCOM)*, Washington DC, USA, April 2009.

74. L. Deek, K. Almeroth, M. Wittie, and K. Harras, "Exploiting Parallel Networks Using Dynamic Channel Scheduling," *International Wireless Internet Conference (WICON)*, Maui, Hawaii, USA, November 2008.

73. D. Havey, E. Barlas, R. Chertov, K. Almeroth, and E. Belding, "A Satellite Mobility Model for QUALNET Network Simulations," *IEEE Military Communications Conference (MILCOM)*, San Diego, California, USA, November 2008.

72. J. Kayfetz and K. Almeroth, "Creating Innovative Writing Instruction for Computer Science Graduate Students," *ASEE/IEEE Frontiers in Education (FIE) Conference*, Saratoga Springs, New York, USA, October 2008.

71. G. Swamynathan, B. Zhao, K. Almeroth, and S. Rao, "Towards Reliable Reputations for Dynamic Networked Systems," *IEEE International Symposium on Reliable Distributed Systems (SRDS)*, Napoli, ITALY, October 2008.

70. B. Stone-Gross, D. Sigal, R. Cohn, J. Morse, K. Almeroth, and C. Krugel, "VeriKey: A Dynamic Certificate Verification System for Public Key Exchanges," *Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA)*, Paris, FRANCE, July 2008.

69. P. Acharya, A. Sharma, E. Belding, K. Almeroth, K. Papagiannaki, "Congestion-Aware Rate Adaptation in Wireless Networks: A Measurement-Driven Approach," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, San Francisco, California, USA, June 2008.

68. A. Jardosh, P. Suwannatat, T. Hollerer, E. Belding, and K. Almeroth, "SCUBA: Focus and Context for Real-time Mesh Network Health Diagnosis," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

67. B. Stone-Gross, C. Wilson, K. Almeroth, E. Belding, H. Zheng, K. Papagiannaki, "Malware in IEEE 802.11 Wireless Networks," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

66. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Understanding Handoffs in Large IEEE 802.11 Wireless Networks," *Internet Measurement Conference (IMC)*, San Diego, California, USA, October 2007.

65. M. Wittie, B. Stone-Gross, K. Almeroth and E. Belding, "MIST: Cellular Data Network Measurement for Mobile Applications," *IEEE International Conference on Broadband Communications, Networks,*

*and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

64. S. Karpinski, E. Belding, K. Almeroth, "Wireless Traffic: The Failure of CBR Modeling," *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

63. A. Knight, K. Almeroth, H. Zhang, R. Mayer, and K. DeLeeuw, "Data Cafe: A Dining Car Approach to Educational Research Data Management and Distribution," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA, June 2007.

62. H. Zhang, K. Almeroth, A. Knight, M. Bulger, and R. Mayer, "Moodog: Tracking Students' Online Learning Activities," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA, June 2007.

61. M. Bulger, K. Almeroth, R. Mayer, D. Chun, A. Knight, H. Collins, "Effects of Instructor Engagement on Student Use of a Course Management System," Assocation for Psychological Science (APS) Annual Conference, Washington DC, USA, May 2007.

60. R. Mayer, A. Stull, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, Allan Knight, and H. Zhang, "Using Technology-Based Methods to Foster Learning in Large Lecture Classes: Evidence for the Pedagogic Value of Clickers," *American Educational Research Association (AERA) Annual Conference*, Chicago, Illinois, USA, April 2007.

59. K. Ramachandran, I. Sheriff, E. Belding, and K. Almeroth, "Routing Stability in Static Wireless Mesh Networks," *Passive and Active Measurement Conference (PAM)*, Louvain-la-neuve, BELGIUM, April 2007.

58. G. Swamynathan, T. Close, S. Banerjee, R. McGeer, B. Zhao, and K. Almeroth, "Scalable Access Control For Web Services," *International Conference on Creating, Connecting and Collaborating through Computing (C5)*, Kyoto, JAPAN, January 2007.

57. A. Knight, M. Bulger, K. Almeroth, and H. Zhang, "Is Learning Really a Phone Call Away? Knowledge Transfer in Mobile Learning," *World Conference on Mobile Learning (mLearn)*, Banff, Alberta, CANADA, October 2006.

56. J. Kurian, K. Sarac, and K. Almeroth, "Defending Network-Based Services Against Denial of Service Attacks," *International Conference on Computer Communication and Networks (IC3N)*, Arlington, Virginia, USA, October 2006.

55. A. Jardosh, K. Sanzgiri, E. Belding and K. Almeroth, "IQU: Practical Queue-Based User Association Management for WLANs--Case Studies, Architecture, and Implementation," ACM Mobicom, Marina del Rey, California, USA, September 2006.

54. C. Holman, K. Harras, and K. Almeroth, "A Proactive Data Bundling System for Intermittent Mobile Connections," IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON), Reston, Virginia, USA, September 2006.

53. G. Banks, M. Cova, V. Felmetsger, K. Almeroth, R. Kemmerer and G. Vigna, "SNOOZE: toward a Stateful NetwOrk prOtocol fuzZEr," *Information Security Conference (ISC)*, Samos Island, GREECE, September 2006.

52. K. Harras and K. Almeroth, "Inter-Regional Messenger Scheduling in Delay Tolerant Mobile Networks," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks*

*(WoWMoM)*, Niagara Falls, New York, USA, June 2006.

51. M. Bulger, R. Mayer, and K. Almeroth, "Engaged By Design: Using Simulation to Promote Active Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

50. A. Knight, K. Almeroth, R. Mayer, D. Chun, and B. Bimber, "Observations and Recommendations for Using Technology to Extend Interaction," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

49. H. Zhang, and K. Almeroth, "A Simple Classroom Network Access Control System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

48. K. Harras and K. Almeroth, "Transport Layer Issues in Delay Tolerant Mobile Networks," *IFIP Networking Conference*, Coimbra, PORTUGAL, May 2006.

47. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Some Shortcomings of Soliciting Students' Self-Reported SAT Scores," *American Educational Research Association (AERA) Annual Conference*, San Francisco, California, USA, April 2006.

46. K. Ramachandran, E. Belding, K. Almeroth, and M. Buddhikot, "Interference-Aware Channel Assignment in Multi-Radio Wireless Mesh Networks," *IEEE Infocom*, Barcelona, SPAIN, April 2006.

45. A. Jardosh, K. Ramachandran, K. Almeroth, and E. Belding, "Understanding Congestion in IEEE 802.11b Wireless Networks," *ACM/USENIX Internet Measurement Conference (IMC)*, Berkeley, California, USA, October 2005.

44. H. Zhang, K. Almeroth and M. Bulger, "An Activity Monitoring System to Support Classroom Research," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Montreal, Quebec, CANADA, pp. 1444-1449, June 2005.

43. Z. Xiang, H. Zhang, J. Huang, S. Song and K. Almeroth, "A Hidden Environment Model for Constructing Indoor Radio Maps," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Taormina, ITALY, June 2005.

42. K. Harras, K. Almeroth and E. Belding, "Delay Tolerant Mobile Networks (DTMNs): Controlled Flooding in Sparse Mobile Networks," *IFIP Networking Conference*, Waterloo, Ontario, CANADA, May 2005.

41. A. Garyfalos and K. Almeroth, "Coupons: Wide Scale Information Distribution for Wireless Ad Hoc Networks," *IEEE Global Telecommunications Conference (Globecom) Global Internet and Next Generation Networks Symposium*, Dallas, Texas, USA, pp. 1655-1659, December 2004.

40. A. Knight and K. Almeroth, "DeCAF: A Digital Classroom Application Framework," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

39. P. Namburi, K. Sarac and K. Almeroth, "SSM-Ping: A Ping Utility for Source Specific Multicast," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

38. K. Ramachandran, E. Belding and K. Almeroth, "DAMON: A Distributed Architecture for Monitoring

Multi-hop Mobile Networks," *IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON)*, Santa Clara, California, USA, October 2004.

37. A. Garyfalos and K. Almeroth, "Coupon Based Incentive Systems and the Implications of Equilibrium Theory," *IEEE Conference on Electronic Commerce (CEC)*, San Diego, California, USA, pp. 213-220, July 2004.

36. A. Knight, K. Almeroth and B. Bimber, "An Automated System for Plagiarism Detection Using the Internet," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 3619-3625, June 2004.

35. H. Zhang and K. Almeroth, "Supplement to Distance Learning: Design for a Remote TA Support System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 2821-2830, June 2004.

34. U. Mohan, K. Almeroth and E. Belding, "Scalable Service Discovery in Mobile Ad hoc Networks," *IFIP Networking Conference*, Athens, Greece, pp. 137-149, May 2004.

33. V. Thanedar, K. Almeroth and E. Belding, "A Lightweight Content Replication Scheme for Mobile Ad hoc Environments," *IFIP Networking Conference*, Athens, Greece, pp. 125-136, May 2004.

32. R. Chalmers and K. Almeroth, "A Mobility Gateway for Small-Device Networks," *IEEE International Conference on Pervasive Computing and Communications (PerCom)*, Orlando, Florida, USA, March 2004.

31. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Towards Realistic Mobility Models For Mobile Ad hoc Networks," *ACM Mobicom*, San Diego, California, USA, September 2003.

30. K. Sarac, P. Namburi and K. Almeroth, "SSM Extensions: Network Layer Support for Multiple Senders in SSM," *International Conference on Computer Communication and Networks (IC3N)*, Dallas, Texas, USA, October 2003.

29. K. Ramachandran and K. Almeroth, "MAFIA: A Multicast Management Solution for Access Control and Traffic Filtering," *IEEE/IFIP Conference on Management of Multimedia Networks and Services (MMNS)*, Belfast, Northern Ireland, September 2003.

28. J. Humfrey, S. Rollins, K. Almeroth, and B. Bimber, "Managing Complexity in a Networked Learning Environment," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 60-63, June 2003.

27. K. Almeroth, S. Rollins, Z. Shen, and B. Bimber, "Creating a Demarcation Point Between Content Production and Encoding in a Digital Classroom," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 2-5, June 2003.

26. M. Kolsch, K. Kvilekval, and K. Almeroth, "Improving Speaker Training with Interactive Lectures," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, June 2003.

25. P. Rajvaidya and K. Almeroth, "Analysis of Routing Characteristics in the Multicast Infrastructure," *IEEE Infocom*, San Francisco, California, USA, April 2003.

24. S. Rollins and K. Almeroth, "Pixie: A Jukebox Architecture to Support Efficient Peer Content Exchange," *ACM Multimedia*, Juan Les Pins, FRANCE, December 2002.

23. S. Rollins, R. Chalmers, J. Blanquer, and K. Almeroth, "The Active Information System(AIS): A Model for Developing Scalable Web Services," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

22. S. Rollins and K. Almeroth, "Seminal: Additive Semantic Content for Multimedia Streams," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

21. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Content Pricing in the Internet," *SPIE ITCom Conference on Internet Performance and Control of Network Systems (IPCNS)*, Boston, Massachusetts, USA, July 2002.

20. S. Jagannathan, J. Nayek, K. Almeroth and M. Hofmann, "A Model for Discovering Customer Value for E-Content," *ACM International Conference on Knowledge Discovery and Data Mining (SIGKDD)*, Edmonton, Alberta, CANADA, July 2002.

19. S. Rollins and K. Almeroth, "Deploying and Infrastructure for Technologically Enhanced Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Denver, Colorado, USA, pp. 1651-1656, June 2002.

18. P. Rajvaidya and K. Almeroth, "Building the Case for Distributed Global Multicast Monitoring," *Multimedia Computing and Networking (MMCN)*, San Jose, California, USA, January 2002.

17. S. Jagannathan and K. Almeroth, "An Adaptive Pricing Scheme for Content Delivery Systems," *IEEE Global Internet*, San Antonio, Texas, USA, November 2001.

16. K. Sarac and K. Almeroth, "Providing Scalable Many-to-One Feedback in Multicast Reachability Monitoring Systems," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

15. S. Jagannathan and K. Almeroth, "The Dynamics of Price, Revenue and System Utilization," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

14. A. Kanwar, K. Almeroth, S. Bhattacharyya, and M. Davy, "Enabling End-User Network Monitoring via the Multicast Consolidated Proxy Monitor," *SPIE ITCom Conference on Scalability and Traffic Control in IP Networks (STCIPN)*, Denver, Colorado, USA, August 2001.

13. S. Jagannathan and K. Almeroth, "Using Tree Topology for Multicast Congestion Control," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

12. P. Rajvaidya and K. Almeroth, "A Router-Based Technique for Monitoring the Next-Generation of Internet Multicast Protocols," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

11. R. Chalmers and K. Almeroth, "Modeling the Branching Characteristics and Efficiency Gains of Global Multicast Trees," *IEEE Infocom*, Anchorage, Alaska, USA, April 2001.

10. R. Chalmers and K. Almeroth, "Developing a Multicast Metric," *Global Internet*, San Francisco, California, USA, December 2000.

9. K. Sarac and K. Almeroth, "Monitoring Reachability in the Global Multicast Infrastructure," *IEEE International Conference on Network Protocols (ICNP)*, Osaka, JAPAN, November 2000.

8. K. Almeroth, "A Long-Term Analysis of Growth and Usage Patterns in the Multicast Backbone (MBone)," *IEEE INFOCOM*, Tel Aviv, ISRAEL, March 2000.

7. K. Almeroth, K. Obraczka and D. De Lucia, "A Lightweight Protocol for Interconnecting Heterogeneous Devices in Dynamic Environments," *IEEE International Conference on Multimedia Computing and Systems (ICMCS)*, Florence, ITALY, June 1999.

6. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," **Best Paper** at *the Seventh International World Wide Web Conference (WWW)*, Brisbane, AUSTRALIA, April 1998.

5. K. Almeroth, M. Ammar and Z. Fei, "Scalable Delivery of Web Pages Using Cyclic Best-Effort (UDP) Multicast," *IEEE INFOCOM*, San Francisco, California, USA, June 1998.

4. K. Almeroth and M. Ammar, "Delivering Popular Web Pages Using Cyclic Unreliable Multicast (Extended Abstract)," *SPIE Conference on Voice, Video and Data Communications*, Dallas, Texas, USA, November 1997.

3. K. Almeroth, A. Dan, D. Sitaram and W. Tetzlaff, "Long Term Resource Allocation in Video Delivery Systems," *IEEE INFOCOM*,Kobe, JAPAN, April 1997.

2. K. Almeroth and M. Ammar, "On the Performance of a Multicast Delivery Video-On-Demand Service with Discontinuous VCR Actions," *International Conference on Communications (ICC)*, Seattle, Washington, USA, June 1995.

1. K. Almeroth and M. Ammar, "A Scalable, Interactive Video-On-Demand Service Using Multicast Communication," *International Conference on Computer Communication and Networks (IC3N)*, San Francisco, California, USA, September 1994.

## C. Workshop Papers (refereed)

34. M. Tavakolifard, J. Gulla, K. Almeroth, F. Hopfgartner, B. Kille, T. Plumbaum, A. Lommatzsch, T. Brodt, A. Bucko, and T. Heintz, "Workshop and Challenge on News Recommender Systems," *ACM RecSys News Recommender Systems (NRS) Workshop and Challange*, Hong Kong, CHINA, October 2013.

33. M. Tavakolifard, K. Almeroth, and J. Gulla, "Does Social Contact Matter? Modelling the Hidden Web of Trust Underlying Twitter," *ACM International Workshop on Social Recommender Systems (SRS)*, Rio de Janeiro, BRAZIL, May 2013.

32. D. Johnson, E. Belding, K. Almeroth and G. van Stam, "Internet Usage and Performance Analysis of a Rural Wireless Network in Macha, Zambia," *ACM Networked Systems for Developing Regions (NSDR) Workshop*, San Francisco, California, USA, June 2010.

31. D. Havey, R. Chertov, and K. Almeroth, "Wired Wireless Broadcast Emulation," *International Workshop on Wireless Network Measurement (WiNMee)*, Seoul, Korea, June 2009.

30. R. Raghavendra, P. Acharya, E. Belding, and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," *ACM Mobihoc Wireless of the Students, by the Students, for the Students Workshop (S3)*, New Orleans, Louisiana, USA, May 2009.

29. G. Swamynathan, C. Wilson, B. Boe, B. Zhao, and K. Almeroth, "Do Social Networks Improve e-Commerce: A Study on Social Marketplaces," *ACM Sigcomm Workshop on Online Social Networks (WOSN)*, Seattle, Washington, USA, August 2008.

28. R. Raghavendra, E. Belding, and K. Almeroth, "Antler: A Multi-Tiered Approach to Automated Wireless Network Management," *IEEE Workshop on Automated Network Management (ANM)*, Phoenix, Arizona, USA, April 2008.

27. S. Karpinski, E. Belding, and K. Almeroth, "Towards Realistic Models of Wireless Workload," *International Workshop on Wireless Network Measurement (WiNMee)*, Limassol, CYPRUS, April 2007.

26. K. Harras, M. Wittie, K. Almeroth, and E. Belding, "ParaNets: A Parallel Network Architecture for Challenged Networks," *IEEE Workshop on Mobile Computing Systems and Applications (HotMobile)*, Tucson, Arizona, USA, February 2007.

25. H. Caituiro-Monge, K. Almeroth, M. del Mar Alvarez-Rohena, "Friend Relay: A Resource Sharing Framework for Mobile Wireless Devices," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Los Angeles, California, September 2006.

24. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," *International Workshop on Peer-to-Peer Systems (IPTPS)*, Santa Barbara, California, USA, February 2006.

23. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Decoupling Service and Feedback Trust in a Peer-to-Peer Reputation System," *International Workshop on Applications and Economics of Peer-to-Peer Systems (AEPP)*, Nanjing, CHINA, November 2005.

22. K. Ramachandran, M. Buddhikot, G. Chandranmenon, S. Miller, E. Belding, and K. Almeroth, "On the Design and Implementation of Infrastructure Mesh Networks," *IEEE Workshop on Wireless Mesh Networks (WiMesh)*, Santa Clara, California, USA, September 2005.

21. A. Jardosh, K. Ramachandran, K. Almeroth and E. Belding, "Understanding Link-Layer Behavior in Highly Congested IEEE 802.11b Wireless Networks," Sigcomm Workshop on Experimental Approaches to Wireless Network Design and Analysis (EWIND), Philadelphia, Pennsylvania, USA, August 2005.

20. A. Sen Mazumder, K. Almeroth and K. Sarac, "Facilitating Robust Multicast Group Management," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Skamania, Washington, USA, June 2005.

19. Y. Sun, I. Sheriff, E. Belding and K. Almeroth, "An Experimental Study of Multimedia Traffic Performance in Mesh Networks," MobiSys International Workshop on Wireless Traffic Measurements and Modeling (WitMeMo), Seattle, Washington, USA, June 2005.

18. K. Ramachandran, K. Almeroth and E. Belding, "A Framework for the Management of Large-Scale Wireless Network Testbeds," International Workshop on Wireless Network Measurement (WiNMee), Trentino, ITALY, April 2005.

17. A. Garyfalos, K. Almeroth and K. Sanzgiri, "Deployment Complexity Versus Performance Efficiency in Mobile Multicast," *International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWiM)*, San Jose, California, USA, October 2004.

16. C. Ho, K. Ramachandran, K. Almeroth and E. Belding, "A Scalable Framework for Wireless Network Monitoring," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Philadelphia, Pennsylvania, USA, October 2004.

15. A. Garyfalos, K. Almeroth and J. Finney, "A Hybrid of Network and Application Layer Multicast for Mobile IPv6 Networks," *International Workshop on Large-Scale Group Communication (LSGC)*, Florence, ITALY, October 2003.

14. A. Garyfalos, K. Almeroth and J. Finney, "A Comparison of Network and Application Layer Multicast for Mobile IPv6 Networks," *ACM Workshop on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM)*, San Diego, California, USA, September 2003.

13. S. Jagannathan, and K. Almeroth, "Pricing and Resource Provisioning for Delivering E-Content On-Demand with Multiple Levels-of-Service," *International Workshop on Internet Charging and QoS Technologies (ICQT)*, Zurich, SWITZERLAND, October 2002.

12. S. Rollins, K. Almeroth, D. Milojicic, and K. Nagaraja, "Power-Aware Data Management for Small Devices," *Workshop on Wireless Mobile Multimedia (WoWMoM)*, Atlanta, GA, USA, September 2002.

11. K. Almeroth, S. Bhattacharyya, and C. Diot, "Challenges of Integrating ASM and SSM IP Multicast Protocol Architectures," *International Workshop on Digital Communications: Evolutionary Trends of the Internet (IWDC)*, Taormina, ITALY, September 2001.

10. K. Sarac and K. Almeroth, "Scalable Techniques for Discovering Multicast Tree Topology," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Port Jefferson, New York, USA, June 2001.

9. P. Rajvaidya, K. Almeroth and K. Claffy, "A Scalable Architecture for Monitoring and Visualizing Multicast Statistics," *IFIP/IEEE International Workshop on Distributed Systems: Operations & Management (DSOM)*, Austin, Texas, USA, December 2000.

8. S. Jagannathan, K. Almeroth and A. Acharya, "Topology Sensitive Congestion Control for Real-Time Multicast," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill, North Carolina, USA, June 2000.

7. K. Sarac and K. Almeroth, "Supporting the Need for Inter-Domain Multicast Reachability," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill , North Carolina, USA, June 2000.

6. D. Makofske and K. Almeroth, "MHealth: A Real-Time Multicast Tree Visualization and Monitoring Tool," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Basking Ridge New Jersey, USA, June 1999.

5. K. Almeroth and Y. Zhang, "Using Satellite Links as Delivery Paths in the Multicast Backbone (MBone)," *ACM/IEEE International Workshop on Satellite-Based Information Services (WOSBIS)*, Dallas, Texas, USA, October 1998.

4. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of Web Pages OR How to Make Web Servers Pushy," *Workshop on Internet Server Performance (WISP)*, Madison, Wisconsin, USA, June 1998.

3. K. Almeroth and M. Ammar, "Prototyping the Interactive Multimedia Jukebox," *Mini-conference on Multimedia Appliances, Interfaces, and Trials--International Conference on Communications (ICC)*,

Montreal, Quebec, CANADA, June 1997.

2. K. Almeroth and M. Ammar, "Collection and Modeling of the Join/Leave Behavior of Multicast Group Members in the MBone," *High Performance Distributed Computing Focus Workshop (HPDC)*, Syracuse, New York, USA, August 1996.

1. K. Almeroth and M. Ammar, "The Role of Multicast Communication in the Provision of Scalable and Interactive Video-On-Demand Service," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Durham, New Hampshire, USA, April 1995.

## D. Non-Refereed Publications

8. K. Almeroth, E. Belding, M. Buddhikot, G. Chandranmenon, S. Miller, and K. Ramachandran, "Infrastructure Mesh Networks," *U.S. Patent Application US20070070959 A1*, September 2005.

7. K. Almeroth, R. Caceres, A. Clark, R. Cole, N. Duffield, T. Friedman, K. Hedayat, K. Sarac, M. Westerlund, "RTP Control Protocol Extended Reports (RTCP XR)," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3611*, November 2003.

6. Z. Albanna, K. Almeroth, D. Meyer, and M. Schipper, "IANA Guidelines for IPv4 Multicast Address Allocation," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3171*, August 2001.

5. B. Quinn and K. Almeroth, "IP Multicast Applications: Challenges and Solutions," *Internet Engineering Task Force (IETF), Request for Comments (RFC) 3170*, September 2001.

4. K. Almeroth, L. Wei and D. Farinacci, "Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, July 2000.

3. K. Almeroth and L. Wei, "Justification for and use of the Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, March 1999.

2. K. Almeroth, "Managing IP Multicast Traffic: A First Look at the Issues, Tools, and Challenges," IP Multicast Initiative White Paper, San Jose, California, USA, February 1999.

1. K. Almeroth, K. Obraczka and D. De Lucia, "Pseudo-IP: Providing a Thin Network Protocol for Semi-Intelligent Wireless Devices," *DARPA/NIST Smart Spaces Workshop*, Gaithersburg, Maryland, USA, July 1998.

## E. Released Software Systems

19. ***A Multi-radio Wireless Mesh Network Architecture -- http://moment.cs.ucsb.edu/tic/.*** Released December 1, 2006 (with K. Ramachandran, I. Sheriff, and E. Belding). The software as part of a multi-radio wireless mesh network that includes a Split Wireless Router that alleviates the interference that can occur between commodity radios within a single piece of hardware. The second is server software to perform channel assignment and communicate the assignments throughout the mesh network.

18. ***AODV-Spanning Tree (AODV-ST) -- http://www.cs.ucsb.edu/~krishna/aodv-st/.*** Released September 1, 2006 (with K. Ramachandran and E. Belding). AODV-ST is an extension of the well-known AODV

protocol specifically designed for wireless mesh networks. The advantages of AODV-ST over AODV include support for high throughput routing metrics, automatic route maintenance for common-case traffic, and low route discovery latency.

17. ***The Multicast Detective -- http://www.nmsl.cs.ucsb.edu/mcast_detective/.*** Released September 1, 2005 (with A. Sen Mazumder). The multicast detective is a robust solution to determine the existence and nature of multicast service for a particular user. By performing a series of tests, a user can determine whether there is network support for multicast, and consequently, whether a multicast group join is likely to succeed.

16. ***AutoCap: Automatic and Accurate Captioning -- http://www.nmsl.cs.ucsb.edu/autocap/.*** Released August 1, 2005 (with A. Knight). AutoCap is a software system that takes as input an audio/video file and a text transcript. AutoCap creates captions by aligning the utterances in the audio/video file to the transcript. For those words that are not recognized, AutoCap estimates when the words were spoken along with an error bound that gives the content creator an idea of caption accuracy. The result is a collection of accurately time-stamped captions that can be displayed with the video.

15. ***PAIRwise Plagiarism Detection System -- http://cits.ucsb.edu/pair/.*** Released July 1, 2005 (with A. Knight). PAIRwise is a plagiarism detection system with: (1) an easy-to-use interface for submitting papers, (2) a flexible comparison engine that allows intra-class, inter-class, and Internet-based comparisons, and (3) an intuitive graphical presentation of results.

14. ***DAMON Multi-Hop Wireless Network Monitoring -- http://moment.cs.ucsb.edu/damon/.*** Released October 1, 2004 (with K. Ramachandran and E. Belding). DAMON is a distributed system for monitoring multi-hop mobile networks. DAMON uses agents within the network to monitor network behavior and send collected measurements to data repositories. DAMON's generic architecture supports the monitoring of a wide range of protocol, device, or network parameters.

13. ***Multicast Firewall -- http://www.nmsl.cs.ucsb.edu/mafia/.*** Released June 1, 2004 (with K. Ramachandran). MAFIA, a multicast firewall and traffic management solution, has the specific aim of strengthening multicast security through multicast access control, multicast traffic filtering, and DoS attack prevention.

12. ***AODV@IETF Peer Routing Software-- http://moment.cs.ucsb.edu/aodv-ietf/.*** Released November 1, 2003 (with K. Ramachandran and E. Belding). One of the first large-scale efforts to run the Ad hoc On demand Distance Vector (AODV) routing protocol in a public space (at the Internet Engineering Task Force (IETF)). The implementation includes a daemon that runs on both the Linux and Windows operating systems.

11. ***Mobility Obstacles -- http://moment.cs.ucsb.edu/mobility/.*** Released September 1, 2003 (with A. Jardosh, E. Belding, and S. Suri). The topology and movement of nodes in ad hoc protocol simulation are key factors in protocol performance. In this project, we have developed ns-2 simulation plug-ins that create more realistic movement models through the incorporation of obstacles. These obstacles are utilized to restrict both node movement and wireless transmissions.

10. ***mwalk -- http://www.nmsl.cs.ucsb.edu/mwalk/.*** Released December 1, 2000 (with R. Chalmers). Mwalk is a collection of Java applications and Perl scripts which re-create a global view of a multicast session from mtrace and RTCP logs. Users to the site can download mwalk, examine the results of our analysis, or download data sets for use in simulations dependent on multicast tree characteristics.

9. ***MANTRA2 -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released December 1, 1999 (with P. Rajvaidya). This new version of MANTRA focuses on the visualization of inter-domain routing statistics. Working

in conjunction with the Cooperative Association for Internet Data Analysis (CAIDA) we have developed advanced collection and visualization techniques.

8. ***MRM -- http://www.nmsl.cs.ucsb.edu/mrm/.*** Released October 1, 1999 (with K. Sarac). MRM is the Multicast Reachability Protocol. We have implemented an end-host agent that responds to MRM Manager commands. Our end-host agent works in conjunction with Cisco routers to detect and isolate multicast faults.

7. ***MANTRA -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released January 1, 1999 (with P. Rajvaidya). MANTRA is the Monitoring and Analysis of Traffic in Multicast Routers. It uses scripts to collect and display data from backbone multicast routers.

6. ***SDR Monitor -- http://www.nmsl.cs.ucsb.edu/sdr-monitor/.*** Released January 1, 1999 (with K. Sarac). The SDR Monitor receives e-mail updates from participants containing information about observed sessions in the MBone. A global view of multicast reachability is then constructed.

5. ***The MHealth tool -- http://www.nmsl.cs.ucsb.edu/mhealth/.*** Released September 1, 1998 (with D. Makofske). The mhealth tool graphically visualizes MBone multicast group trees and provides `health' information including end-to-end losses per receiver and losses on a per hop basis. The implementation required expertise in Java, the MBone tools, and Unix.

4. ***The MControl tool -- http://www.nmsl.cs.ucsb.edu/mcontrol/.*** Released August 1, 1998 (with D. Makofske). Mcontrol is a tool to provide VCR-based interactivity for live MBone sessions. The implementation required expertise in Java, the MBone tools, and Unix.

3. ***Interactive Multimedia Jukebox (IMJ) -- http://imj.ucsb.edu/.*** Released October 1, 1996. The IMJ combines the WWW and the MBone conferencing tools to provide a multi-channel video jukebox offering both instructional and entertainment programming on a wide scale. The implementation required expertise in HTML, Perl, C, the MBone tools, and Unix.

2. ***Mlisten -- http://www.cc.gatech.edu/computing/Telecomm/mbone/.*** Released September 1, 1995. A tool to continuously collect MBone multicast group membership information including number and location of members, membership duration, and inter-arrival time for all audio and video sessions. The implementation required expertise in C, Tcl/Tk, the MBone tools, and UNIX socket programming.

1. ***Audio-on-Demand (AoD)***. March 1, 1995. A server/client prototype to demonstrate interactivity in near VoD systems. The AoD server provides songs-on-demand and VCR-like functions via multicast IP over Ethernet. The implementation required expertise in C, OpenWindows programming, UNIX socket programming, and network programming.

## F. Tutorials, Panels and Invited Talks

- "25th Anniversary Panel," Network and Operating System Support for Digital Audio and Video (NOSSDAV), Portland, Oregon, USA, March 2015.

- "Sensing and Opportunistic Delivery of Ubiquitous Video in Health Monitoring, On-Campus and Social Network Applications," Workshop on Mobile Video Delivery (MoViD), Chapel Hill North Carolina, USA, February 2012.

- "Medium Access in New Contexts: Reinventing the Wheel?," USC Invited Workshop on Theory and

Practice in Wireless Networks, Los Angeles, California, USA, May 2008.

- "The Wild, Wild West: Wireless Networks Need a New Sheriff," University of Florida CISE Department Lecture Series, Gainesville, Florida, USA, February 2008.
- "Distinguishing Between Connectivity, Intermittent Connectivity, and Intermittent Disconnectivity," Keynote at the ACM MobiCom Workshop on Challenged Networks (CHANTS), Montreal, CANADA, September 2007.
- "The Three Ghosts of Multicast: Past, Present, and Future," Keynote at the Trans-European Research and Education Networking Association (TERENA) Networking Conference, Lynby, DENMARK, May 2007.
- "Multicast Help Wanted: From Where and How Much?," Keynote at the Workshop on Peer-to-Peer Multicasting (P2PM), Las Vegas, Nevada, USA, January 2007.
- "The Confluence of Wi-Fi and Apps: What to Expect Next," Engineering Insights, UC-Santa Barbara, Santa Barbara, California, USA, October 2006.
- "Challenges, Opportunities, and Implications for the Future Internet," University of Minnesota Digital Technology Center, Minneapolis, Minnesota, USA, September 2006.
- "Wireless Technology as a Catalyst: Possibilities for Next-Generation Interaction," Santa Barbara Forum on Digital Transitions, Santa Barbara, California, USA, April 2006.
- "Challenges and Opportunities in an Internet with Pervasive Wireless Access," University of Texas--Dallas Computer Science Colloquium, Dallas, Texas, USA, March 2006.
- "Challenges and Opportunities with Pervasive Wireless in the Internet," Duke University Computer Science Colloquium, Durham, North Carolina, USA, February 2006.
- "The Span From Wireless Protocols to Social Applications," Intel Research Labs, Cambridge, United Kingdom, December 2005.
- "The Internet Dot.Com Bomb and Beyond the Dot.Com Calm," CSE IGERT and Cal Poly Lecture Series, San Luis Obispo, California, USA, October 2005.
- "Panel: Directions in Networking Research," IEEE Computer Communications Workshop (CCW), Irvine, California, USA, October 2005.
- "Economic Incentives for Ad Hoc Networks," KAIST New Applications Seminar, Seoul, South Korea, March 2004.
- "New Applications for the Next Generation Internet," Citrix Systems, Santa Barbara, California, USA, March 2004.
- "PI: The Imperfect Pursuit of Pure Pattern," CITS Visions in Technology Series, Santa Barbara, California, USA, January 2004.
- "Panel: Core Networking Issues and Protocols for the Internet," National Science Foundation (NSF) Division of Advanced Networking Infrastructure and Research (ANIR) Principal Investigators Workshop, Washington DC, USA, March 2003.

- "Panel: Pricing for Content in the Internet," SPIE ITCom Internet Performance and Control of Network Systems, Boston, Massachusetts, USA, July 2002.
- "The Technology Behind Wireless LANs," Central Coast MIT Enterprise Forum, Santa Barbara, California, USA, March 2002.
- "Lessons Learned in the Digital Classroom," Center for Information and Technology Brown Bag Symposium, Santa Barbara, California, USA, March 2002.
- "The Evolution of Advanced Networking Services: From the ARPAnet to Internet2," California State University--San Luis Obispo CS Centennial Colloquium Series, San Luis Obispo, California, USA, February 2002.
- "Deployment of IP Multicast in Campus Infrastructures," Internet2 Campus Deployment Workshop, Atlanta, Georgia, USA, May 2001.
- "Multicast: Is There Anything Else to Do?," Sprint Research Retreat, Miami, Florida, USA, May 2001.
- "The Evolution of Next-Generation Internet Services and Applications," Government Technology Conference 2001 (GTC) for the Western Region, Sacramento, California, USA, May 2001.
- "I2 Multicast: Not WIDE-scale Deployment, FULL-scale Deployment," Closing Plenary, Internet2 Member Meetings, Washington, D.C., USA, March 2001.
- "Panel: Beyond IP Multicast," Content Delivery Networks (CDN), New York, New York, USA, February 2001.
- "Viable Multicast Pricing & Business Models for Wider-Scale Deployment," Content Delivery Networks (CDN), New York, New York, USA, February 2001.
- "IP Multicast: Modern Protocols, Deployment, and Management," Content Delivery Networks (CDN), New York, New York, USA, February 2001 & San Jose, California, USA, December 2001.
- "Under the Hood of the Internet," Technology 101: Technology for Investors, Center for Entrepreneurship & Engineering Management, November 2000.
- "Understanding Multicast Traffic in the Internet," (1) University of Virginia, (2) University of Maryland, and (3) Columbia University, September 2000.
- "The Bad, The Ugly, and The Good: The Past, Present, and Future of Multicast," Digital Fountain, San Francisco, California, USA, August 2000.
- "Implications of Source-Specific Multicast (SSM) on the Future of Internet Content Delivery," Occam Networks, Santa Barbara, California, USA, August 2000.
- "Introduction to Multicast Routing Protocols," UC-Berkeley Open Mash Multicast Workshop, Berkeley, California, USA, July 2000.
- "Efforts to Understand Traffic and Tree Characteristics," University of Massachusetts--Amherst Colloquia, Amherst, Massachusetts, USA, May 2000.
- "Monitoring Multicast Traffic," Sprint Research Retreat, Half Moon Bay, California, USA, April 2000.

- "What is the Next Generation of Multicast in the Internet?," HRL Laboratories, Malibu, California, USA, January 2000.
- "Mission and Status of the Center for Information Technology and Society (CITS)," Intel Research Council, Portland, Oregon, USA, September 1999.
- "Multicast at a Crossroads," IP Multicast Initiative Summits and Bandwidth Management Workshops, San Francisco, CA, USA, (1) October 1999; (2) February 2000; and (3) June 2000.
- "IP Multicast: Modern Protocols, Deployment, and Management," Networld+Interop: (1) Las Vegas, Nevada, USA--May 2000; (2) Tokyo, JAPAN--June 2000; (3) Atlanta, Georgia, USA--September 2000; (4) Las Vegas, Nevada, USA--May 2001; (5) Las Vegas, Nevada, USA--May 2002.
- "IP Multicast: Practice and Theory" (w/ Steve Deering), Networld+Interop: (1) Las Vegas, Nevada, USA--May 1999; (2) Tokyo, JAPAN--June 1999; and (3) Atlanta, Georgia, USA--September 1999.
- "Internet2 Multicast Testbeds and Applications," Workshop on Protocols for High Speed Networks (PfHSN), Salem, Massachusetts, USA, August 1999.
- "IP Multicast: Protocols for the Intra- and Inter-Domain," Lucent Technologies, Westford, Massachusetts, USA, August 1999.
- "Internet2 Multicast Testbeds and Applications," NASA Workshop: Bridging the Gap, Moffett Field, California, USA, August 1999.
- "The Evolution of Next-Generation Services and Applications in the Internet," Tektronix Distinguished Lecture Series, Portland, Oregon, USA, May 1999.
- "Multicast Applications and Infrastructure in the Next Generation Internet," CENIC 99 Workshop on Achieving Critical Mass for Advanced Applications, Monterey, California, USA, May 1999.
- "Multicast Traffic Monitoring and Analysis Work at UCSB" (w/ P. Rajvaidya), Workshop on Internet Statistics and Metrics Analysis (ISMA), San Diego, California, USA, April 1999.
- "How the Internet Works: Following Bits Around the World," Science Lite, Santa Barbara General Affiliates and Office of Community Relations, California, USA, February 1999.
- "Managing Multicast: Challenges, Tools, and the Future," IP Multicast Initiative Summit, San Jose, California, USA, February 1999.
- "The Future of Multicast Communication and Protocols," Internet Bandwidth Management Summit (iBAND), San Jose, California, USA, November 1998.
- "An Overview of IP Multicast: Applications and Deployment," (1) Workshop on Evaluating IP Multicast as the Solution for Webcasting Real-Time Networked Multimedia Applications, New York, New York, USA, July 1998; and (2) Satellites and the Internet Conference, Washington, D.C., USA, July 1998.
- "IETF Developments in IP Multicast," IP Multicast Initiative Summit, San Jose, California, USA, February 1998.
- "An Introduction to IP Multicast and the Multicast Backbone (MBone)" vBNS Technical Meeting

sponsored by the National Center for Network Engineering (NLANR), San Diego, California, USA, February 1998.

- "Using Multicast Communication to Deliver WWW Pages" Computer Communications Workshop (CCW '97), Phoenix, Arizona, USA, September 1997.

## G. Research Funding

- K. Almeroth, "Packet Scheduling Using IP Embedded Transport Instrumentation," Cisco Systems Inc., $100,000, 3/1/13-8/31/14.
- K. Almeroth, E. Belding and S.J. Lee, "GOALI: Maximizing Available Bandwidth in Next Generation WLANs", National Science Foundation (NSF), $101,088, 10/1/13-9/30/14.
- K. Almeroth and E. Belding, "GOALI: Intelligent Channel Management in 802.11n Networks," National Science Foundation (NSF), $51,000, 10/1/10-9/30/11.
- B. Zhao, K. Almeroth, H. Zheng, and E. Belding, "NeTS: Medium: Airlab: Distributed Infrastructure for Wireless Measurements," National Science Foundation (NSF), $700,000, 9/1/09-8/13/13.
- K. Almeroth, E. Belding and T. Hollerer, "NeTS-WN: Wireless Network Health: Real-Time Diagnosis, Adaptation, and Management," National Science Foundation (NSF), $600,000, 10/1/07-9/30/10.
- K. Almeroth, "Next-Generation Service Engineering in Internet2," University Consortium for Advanced Internet Development (UCAID), $1,254,000, 7/1/04-6/30/09 (reviewed and renewed each year).
- B. Manjunath, K. Almeroth, F. Bullo, J. Hespanha, T. Hollerer, C. Krintz, U. Madhow, K. Rose, A. Singh, and M. Turk, "Large-Scale Multimodal Wireless Sensor Network," Office of Naval Research Defense University Research Instrumentation Program (DURIP), $655,174, 4/14/08-4/14/09.
- K. Almeroth and E. Belding, "Improving Robustness in Evolving Wireless Infrastructures," Intel Corporation, $135,000, 7/1/06-6/30/09 (reviewed and renewed for second and third year).
- K. Almeroth and K. Sarac, "Bridging Support in Mixed Deployment Multicast Environments," Cisco Systems Inc., $100,000, 9/1/07-8/31/08.
- K. Sarac and K. Almeroth, "Building the Final Piece in One-to-Many Content Distribution," Cisco Systems Inc., $95,000, 9/1/06-8/31/07.
- E. Belding, K. Almeroth and J. Gibson, "Real-Time Communication Support in a Ubiquitous Next-Generation Internet," National Science Foundation (NSF), $900,000, 10/1/04-9/30/07.
- K. Almeroth and K. Sarac, "Improving the Robustness of Multicast in the Internet," Cisco Systems Inc., $80,000, 9/1/04-8/31/05.
- R. Mayer, B. Bimber, K. Almeroth and D. Chun, "Assessing the Pedagogical Implications of Technology in College Courses," Mellon Foundation, $350,000, 7/1/04-6/30/07.
- B. Bimber, A. Flanagin and C. Stol, "Technological Change and Collective Association: Changing

Relationships Among Technology, Organizations, Society and the Citizenry," National Science Foundation (NSF), $329,175, 7/1/04-6/30/07.

- K. Almeroth and B. Bimber, "Plagiarism Detection Techniques and Software," UCSB Instructional Development, $22,000, 7/1/04-6/30/05.
- K. Almeroth, "Student Travel Support for the 14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV)," National Science Foundation (NSF), $10,000, 5/1/04-8/31/04.
- K. Almeroth, "An Automated Indexing System for Remote, Archived Presentations," QAD Inc., $25,000, 5/1/04-6/30/05.
- K. Almeroth and M. Turk, "A Remote Teaching Assistant Support System," Microsoft, $40,000, 1/1/04-6/30/05.
- K. Almeroth, "Supporting Multicast Service Functionality in Helix," Real Networks, $30,000, 9/1/03-6/30/04.
- K. Almeroth and E. Belding, "Service Discovery in Mobile Networks," Nokia Summer Research Grant (U. Mohan), $10,240, 7/1/03-9/30/03.
- K. Almeroth, D. Zappala, "Building a Global Multicast Service," Cisco Systems Inc., $100,000, 1/1/03-6/30/04.
- K. Almeroth, "Developing A Dynamic Protocol for Candidate Access Router Discovery," Nokia Graduate Student Fellowship (R. Chalmers), $26,110, 9/01/02-6/30/03.
- B. Bimber and K. Almeroth, "The Role of Collaborative Groupware in Organizations," Toole Family Foundation, $182,500 ($20,000 cash plus $162,500 in software), 9/1/02-8/30/07.
- B. Manjunath, et al., "Digital Multimedia: Graduate Training Program in Interactive Digital Multimedia," National Science Foundation (NSF), $2,629,373, 4/1/02-3/31/07.
- J. Green, K. Almeroth, et al., "Inquiry in the Online Context: Learning from the Past, Informing the Future," UCSB Research Across Disciplines, $10,000, 9/1/01-8/31/02.
- K. Almeroth, "Monitoring and Maintaining the Global Multicast Infrastructure," Cisco Systems Inc., $54,600, 7/1/01-6/30/02.
- R. Kemmerer, K. Almeroth, et al., "Hi-DRA High-speed, Wide-area Network Detection, Response, and Analysis," Department of Defense (DoD), $4,283,500, 5/1/01-4/30/06.
- A. Singh, K. Almeroth, et al., "Digital Campus: Scalable Information Services on a Campus-wide Wireless Network," National Science Foundation (NSF), 1,450,000, 9/15/00-12/31/04.
- K. Almeroth, "Visualizing the Global Multicast Infrastructure," UC MICRO w/ Cisco Systems Inc., $85,438, 7/1/00-6/30/02.
- H. Lee, K. Almeroth, et al., "Dynamic Sensing Systems," International Telemetering Foundation, $260,000, 07/01/00-06/30/04.
- B. Bimber and K. Almeroth, "Funding for the Center on Information Technology and Society,"

$250,000 from Dialogic (an Intel Company) and $250,000 from Canadian Pacific.

- K. Almeroth, "CAREER: From Protocol Support to Applications: Elevating Multicast to a Ubiquitous Network Service," National Science Foundation (NSF), $200,000, 9/1/00-8/31/04.
- K. Almeroth, "Characterizing Multicast Use and Efficiency in the Inter-Domain," Sprint Advanced Technology Laboratories, $62,500, 3/1/00-6/30/01.
- K. Almeroth, "Producing the Next Generation of Multicast Monitoring and Management Protocols and Tools," UC MICRO w/ Cisco Systems Inc., $124,500, 7/1/99 - 6/30/01.
- K. Almeroth, "Utilizing Satellite Links in the Provision of an Inter-Wide Multicast Service," HRL Laboratories, $20,000, 7/1/99 - 6/30/00.
- T. Smith, K. Almeroth, et al., "Alexandria Digital Earth Prototype," National Science Foundation, $5,400,000, 4/1/99-3/31/04.
- V. Vesna, K. Almeroth, et al., "Online Public Spaces: Multidisciplinary Explorations in Multi-User Environments (OPS:MEME), Phase II," UCSB Research Across Disciplines, $50,000, 9/1/98-8/31/99.
- K. Almeroth, "Techniques and Analysis for the Provision of Multicast Route Management," UC MICRO w/ Cisco Systems Inc., $97,610, 7/1/98 - 6/30/00.
- K. Almeroth, "Capturing and Modeling Multicast Group Membership in the Multicast Backbone (MBone)," UC MICRO w/ Hughes Research Labs, $19,146, 7/1/98 - 12/31/99.
- K. Almeroth, "Building a Content Server for the Next Generation Digital Classroom," UCSB Faculty Research Grant, $5,000, 7/1/98-6/31/99.

## H. Research Honors and Awards

- IEEE Fellow Status, 2014
- Finalist for Best Paper Award, IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), June 2008
- Best Paper Award, Passive and Active Measurement (PAM) Conference, April 2007
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2006
- IEEE Senior Member Status, 2003
- Finalist for Best Student Paper Award, ACM Multimedia, December 2002
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2002
- Computing Research Association (CRA) Digital Government Fellowship, 2001
- National Science Foundation CAREER Award, 2000
- Best Paper Award, 7th International World Wide Web Conference, April 1998

# III. Service

## A. Professional Activities

### 1. Society Memberships

Member, Association for Computing Machinery (ACM): 1993-present
Member, ACM Special Interest Group on Communications (SIGComm): 1993-present
Fellow, Institute of Electrical and Electronics Engineers (IEEE): 1993-present
Member, IEEE Communications Society (IEEE ComSoc): 1993-present
Member, American Society for Engineering Education (ASEE): 2003-2006

### 2. Review Work for Technical Journals and Publishers

NSF CISE research proposals, IEEE/ACM Transactions on Networking, IEEE/ACM Transactions on Computers, IEEE/ACM Transactions on Communications, IEEE Transactions on Circuits and Systems for Video Technology, IEEE Transactions on Parallel and Distributed Systems, IEEE Transactions on Multimedia, IEEE Communications, IEEE Communications Letters, IEEE Network, IEEE Internet Computing, IEEE Multimedia, IEEE Aerospace & Electronics Systems Magazine, ACM Transactions on Internet Technology, ACM Transactions on Multimedia Computing, Communications and Applications, ACM Computing Surveys, ACM Computer Communications Review, ACM Computeres in Entertainment, ACM/Springer Multimedia Systems Journal, AACE Journal of Interactive Learning (JILR), International Journal of Computer Mathematics, Journal of Communications and Networks, Journal of Parallel and Distributed Computing, Journal of Network and Systems Management, Journal of High Speed Networking, Journal of Communications and Networks, Journal on Selected Areas in Communications, Journal of Wireless Personal Communications, Personal Mobile Communications, Annals of Telecommunications, International Journal of Wireless and Mobile Computing, Pervasive and Mobile Computing (PMC), Wireless Networks Journal, Computer Networks Journal, Cluster Computing, Computer Communications, Mobile Computing and Communications Review, Performance Evaluation, Software--Practice & Experience, Information Processing Letters, ACM Sigcomm, ACM Multimedia, ACM Network and System Support for Digital Audio and Video Workshop (NOSSDAV), ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon), ACM Sigcomm Workshop on Challenged Networks (CHANTS), IEEE Infocom, IEEE Globecom, IEEE Global Internet (GI) Symposium, IEEE Globecom Automatic Internet Symposium, IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium, IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM), IEEE International Conference on Network Protocols (ICNP), IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), IEEE International Conference on Multimedia and Exposition (ICME), IEEE International Conference on Communications (ICC), IEEE International Conference on Parallel and Distributed Systems (ICPADS) IEEE International Symposium on High-Performance Distributed Computing (HPDC), IEEE International Conference on Distributed Computing Systems (ICDCS), IEEE International Workshop on Quality of Service (IWQoS), IEEE/IFIP Network Operations and Management Symposium (NOMS), IFIP/IEEE International Symposium on Integrated Network Management (IM), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), IEEE Aerospace & Electronics Systems Magazine, SPIE Conference on Multimedia Computing and Networking (MMCN), IFIP

Networking, IASTED International Conference on Information Systems and Databases (ISD), IASTED International Conference on Communications, Internet, and Information Technology, IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA), IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA), IASTED International Conference on Communications and Computer Networks (CCN), IASTED International Conference on Software Engineering and Applications (SEA), International Conference on Computer and Information Science (ICIS), International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet, Workshop on Network Group Communication (NGC), International Conference on Next Generation Communication (CoNEXT), International Conference on Parallel Processing (ICPP), International Conference on Computer Communications and Networks (IC3N), International Workshop on Hot Topics in Peer-to-Peer Systems (Hot-P2P), International Workshop on Wireless Network Measurements (WiNMee), International Workshop on Incentive-Based Computing (IBC), International Workshop on Multi-hop Ad Hoc Networks (REALMAN), International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM), International Packet Video (PV) Workshop, High Performance Networking Conference (HPN), International Parallel Processing Symposium (IPPS), International Symposium on Innovation in Information & Communication Technology (ISIICT), Workshop on Coordinated Quality of Service in Distributed Systems (COQODS), Pearson Education (Cisco Press) Publishers, Macmillan Technical Publishing, and Prentice Hall Publishers.

## 3. Conference Committee Activities

### Journal/Magazine Editorial Board

IEEE Transactions on Mobile Computing (TMC): 2006-2011, 2017-2020 (Associate Editor-in-Chief)
IEEE Networking Letters: 2018-2026
IEEE Transactions on Network and Service Management (TNSM): 2015-2021
Journal of Network and Systems Management (JNSM): 2011-present
IEEE/ACM Transactions on Networking (ToN): 2003-2009, 2013-2017
ACM Computers in Entertainment: 2002-2015
IEEE Network: 1999-2012
AACE Journal of Interactive Learning Research (JILR): 2003-2012
IEEE Transactions on Mobile Computing (TMC): 2006-2011
ACM Computer Communications Review (CCR): 2006-2010

### Journal/Magazine Guest Editorship

IEEE Journal on Selected Areas in Communications (JSAC) Special Issue on "Delay and Disruption Tolerant Wireless Communication", June 2008
Computer Communications Special Issue on "Monitoring and Measuring IP Networks", Summer 2005
Computer Communications Special Issue on "Integrating Multicast into the Internet", March 2001

### Conference/Workshop Steering Committee

IEEE International Conference on Network Protocols (ICNP): 2007-present
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006-present

IEEE Global Internet (GI) Symposium: 2005-2013, 2018-present
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2001-2020, 2005-2011 (chair), 2012-2020 (co-chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2005-2009

**Conference/Workshop Chair**

International Conference on Communication Systems and Networks (COMSNETS): 2014 (co-chair)
ACM International Conference on Next Generation Communication (CoNext): 2013 (co-chair)
ACM RecSys News Recommender Systems (NRS) Workshop and Challange: 2013 (co-chair)
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006 (co-chair)
IEEE International Conference on Network Protocols (ICNP): 2003 (co-chair), 2006
International Workshop on Wireless Network Measurements (WiNMee): 2006 (co-chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2002 (co-chair)
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2002 (co-chair), 2003 (co-chair)
IEEE Global Internet (GI) Symposium: 2001 (co-chair), 2018 (co-chair)
International Workshop on Networked Group Communication (NGC): 2000 (co-chair)

**Program Chair**

International Conference on Computer Communication and Networks (ICCCN): 2015 (Track co-chair) International Conference on Communication Systems and Networks (COMSNETS): 2010
IEEE International Conference on Network Protocols (ICNP): 2008 (co-chair)
IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2007 (co-chair)
IFIP Networking: 2005 (co-chair)

**Posters/Demonstrations Chair**

ACM Sigcomm: 2012 (co-chair)

**Student Travel Grants Chair**

ACM Sigcomm: 2010 (co-chair)

**Publicity Chair**

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2004 (co-chair)

**Keynote Chair**

IEEE Infocom: 2005 (co-chair)

**Local Arrangements Chair**

Internet2 "Field of Dreams" Workshop: 2000

**Tutorial Chair**

ACM Multimedia: 2000
IEEE International Conference on Network Protocols (ICNP): 1999

**Panel/Session Organizer**

NSF ANIR PI 2003 Panel on "Core Networking Issues and Protocols for the Internet"
CCW 2001 Session on "Multicast/Peer-to-Peer Networking"
NOSSDAV 2001 Panel on "Multimedia After a Decade of Research"
NGC 2000 Panel on "Multicast Pricing"

**Technical Program Committee**

IEEE International Conference on Network Protocols (ICNP): 1999, 2000, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009 (Area Chair), 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015 (Area Chair), 2016 (Area Chair), 2017 (Area Chair), 2018 (Area Chair), 2019 (Area Chair), 2020 (Area Chair), 2021 (Area Chair)
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019
ACM Multimedia (MM): 2001, 2003, 2004, 2005 (short paper), 2006, 2007, 2008, 2008 (short paper), 2010, 2011, 2012, 2013, 2015, 2016, 2017, 2018, 2019, 2023, 2024, 2026
IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015, 2016 (Area Chair), 2017, 2018, 2019
IEEE/IFIP Network Operations and Management Symposium (NOMS): 2004, 2006, 2010
IEEE Infocom: 2004, 2005, 2006, 2008, 2009, 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair)
IFIP Networking: 2004, 2005, 2006, 2007, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2022
IEEE International Conference on Communications (ICC) Next Generation Networking and Internet Symposium (NGNI): 2018, 2019
ACM Workshop on Mobile Video (MoVid): 2014, 2015, 2016, 2017
ACM Student Research Competition (SRC) Grand Finals: 2014
Mobile and Social Computing for Collaborative Interactions (MSC): 2014
IEEE Conference on Communications and Network Security (CNS): 2013
IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM): 2005, 2006, 2007, 2008, 2009, 2010
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006, 2008, 2009, 2010, 2011, 2012, 2016, 2017, 2018, 2019
IEEE International Conference on Distributed Computing Systems (ICDCS): 2006, 2010, 2011, 2012, 2013
International Workshop on Wireless Network Measurements (WiNMee): 2006, 2008, 2010
ACM Sigcomm: 2004 (poster), 2008 (poster), 2010
IEEE International Conference on Computer Communication and Networks (IC3N): 2008, 2009, 2010, 2011, 2012
International Conference on Communication Systems and Networks (COMSNETS): 2009, 2010, 2011, 2012, 2013
International Conference on Sensor Networks (SENSORNETS): 2012

International Workshop on Social and Mobile Computing for Collaborative Environments (SOMOCO): 2012
Workshop on Scenarios for Network Evaluation Studies (SCENES): 2009, 2010, 2011
ACM Multimedia Systems (MMSys): 2010, 2011, 2012, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022
IEEE Internation Symposium on Multimedia (ISM): 2016
IEEE International Conference on Pervasive Computing and Communications (PerCom): 2010
IEEE Wireless Communications and Networking Conference (WCNC): 2010, 2011
ACM International Symposium on Mobility Management and Wireless Access (MobiWac): 2010, 2011
International Conference on Computing, Networking and Communications, Internet Services and Applications Symposium (ICNC-ISA): 2012, 2013
IEEE WoWMoM Workshop on Hot Topics in Mesh Networking (HotMesh): 2010, 2011, 2012, 2013
IEEE Workshop on Pervasive Group Communication (PerGroup): 2010
ACM International Conference on Next Generation Communication (CoNEXT): 2005, 2006, 2007, 2009, 2012
IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Wireless Communications, Networks and Systems Symposium: 2007, 2008, 2009
IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Internet Technologies Symposium: 2007, 2008, 2009
International Workshop on Mobile and Networking Technologies for Social Applications (MONET): 2008, 2009
Extreme Workshop on Communication-The Midnight Sun Expedition (ExtremeCom): 2009
IEEE International Workshop on Cooperation in Pervasive Environments (CoPE): 2009
International Workshop on the Network of the Future (FutureNet): 2009, 2010, 2011, 2012
IEEE International Conference on Multimedia and Exposition (ICME): 2010
SPIE Conference on Multimedia Computing and Networking (MMCN): 2004, 2008
ACM Sigcomm Workshop on the Economics of Networks, Systems, and Computation (NetEcon): 2008
IEEE International Conference on Communications (ICC): 2008
IEEE International Conference on Mobile Ad-hoc and Sensor Systems (MASS): 2008
IFIP/IEEE International Symposium on Integrated Network Management (IM): 2005, 2007
Global Internet (GI) Symposium: 2001, 2002, 2004, 2006, 2007, 2022, 2023
IEEE/ACM International Conference on High Performance Computing (HiPC): 2007
ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc): 2007
IEEE Workshop on Embedded Systems for Real-Time Multimedia (ESTIMedia): 2007
IEEE/IFIP Wireless On Demand Network Systems and Services (WONS): 2007
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2001, 2002, 2003, 2004, 2005, 2006
IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA): 2004, 2006
IEEE International Conference on Parallel and Distributed Systems (ICPADS): 2005, 2006
IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium: 2006
International Workshop on Incentive-Based Computing (IBC): 2006
IEEE International Workshop on Quality of Service (IWQoS): 2006, 2014, 2015

International Workshop on Multi-hop Ad Hoc Networks (REALMAN): 2006
IEEE Globecom Automatic Internet Symposium: 2005
ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon): 2005
International Conference on Parallel Processing (ICPP): 2001, 2003, 2004
International Packet Video (PV) Workshop: 2002, 2003, 2004
IEEE International Symposium on High-Performance Distributed Computing (HPDC): 2004
International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM): 2004
International Symposium on Innovation in Information & Communication Technology (ISIICT): 2004
Workshop on Coordinated Quality of Service in Distributed Systems (COQODS): 2004
IASTED International Conference on Networks and Communication Systems (NCS): 2004
IASTED International Conference on Communications, Internet, and Information Technology (CIIT): 2004
IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA): 2003, 2004
International Workshop on Networked Group Communication (NGC): 1999, 2000, 2001, 2002, 2003
International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet: 2003
International Conference on Computer and Information Science (ICIS): 2003
Human.Society@Internet: 2003
IASTED International Conference on Communications and Computer Networks (CCN): 2002
The Content Delivery Networks (CDN) Event: 2001
IP Multicast Initiative Summit: 1998, 1999, 2000
Corporation for Education Network Initiatives in California (CENIC): 1999
Internet Bandwidth Management Summit (iBAND): 1998, 1999

## B. Technical Activities

### 1. Working Groups

Internet2 Working Group on Multicast, Chair: 1998-2005
IEEE Communications Society Internet Technical Committee (ITC), Conference Coordinator: 2000-2004
IETF Multicast Directorate (MADDOGS), Member: 1999-2001
IASTED Technical Committee on the Web, Internet and Multimedia, Member: 2002-2005
Internet Engineering Task Force (IETF), various working groups: 1995-present

### 2. Meeting Support Work

Internet Engineering Task Force MBone broadcasts: 1995-2005
Conference MBone broadcasts: Sigcomm '99, and '00
Interop+Networld Network Operations Center (NOC) Team Member: 1995-1997

ACM Multimedia technical staff: 1994

## C. University of California Committees

### 1. Department of Computer Science Committees

Public Relations: 2005-2006 (chair 2005-2006), 2009-2011 (chair 2009-2011)
Strategic Planning: 2000-2002, 2003-2006, 2009-2011
Undergraduate Advising and Affairs: 2006-2007, 2014-2015
Vice Chair: 2000-2005
Graduate Admissions: 2000-2005 (chair 2000-2005), 2011-2012
Graduate Affairs: 2000-2005 (co-chair 2000-2005)
Teaching Administration: 2000-2005
Facilities: 1997-2001 (chair 1999-2000), 2006-2007
External Relations: 1999-2002
Computer Engineering Public Relations: 2011-2012
Computer Engineering Awards: 2011-2012
Computer Engineering Administration/Recruiting: 1998-2001
Computer Engineering Lab and Computer Support: 1998-2001
Faculty Recruiting: 1999-2002
Graduate Advising: 1998-1999, 2000-2005

### 2. University Committees

Member, Campus Budget and Planning: 2013-2015
Faculty, Cognitive Science Program: 2006-2020
Faculty, Technology Management Program (TMP): 2003-2014
Faculty, Media Arts and Technology (MAT) Program: 1998-2014
Faculty, Computer Engineering Degree Program: 1998-2020
Steering Committee, Center for Information Technology and Society (CITS): 2012-2020
Associate Director, Center for Information Technology and Society (CITS): 1999-2012
Member, Campus Committee on Committees: 2010-2013
Member, Campus Income and Recharge Committee: 2010-2013
Member, College of Engineering Executive Committee: 2010-2012 (chair 2011-2012), 2014-2015 (chair 2014-2015)
Member, Distinguished Teaching Award Committee: 2009, 2010, 2011
Member, Campus Classroom Design and Renovation Committee: 2003-2010
Member, ISBER Advisory Committee: 2008-2011
Member, Fulbright Campus Review Committee: 2007
Member, Faculty Outreach Grant Program Review Committee: 2007
Executive Vice Chancellor's Information Technology Fee Committee: 2005-2006
Council on Research and Instructional Resources: 2003-2006
Executive Vice Chancellor's Working Group on Graduate Diversity: 2004-2005
Member, Engineering Pavillion Planning Committee: 2003-2005
Information Technology Board: 2001-2004
Executive Committee, Center for Entrepreneurship & Engineering Management (CEEM): 2001-2004

### 3. System Wide Committees

UCSB Representative to the Committee on Information Technology and Telecommunications Policy (ITTP): 2003-2005
UCSB Representative to the Executive Committee, Digital Media Innovation (DiMI): 1998-2003

## D. Georgia Tech Committees and Service (while a graduate student)

Graduate Student Body President: 1994-1995
Georgia Tech Executive Board: 1994-1995
Georgia Tech Alumni Association Executive Committee: 1994-1995
Dean of Students National Search Committee: 1995
Institute Strategic Planning Committee: 1994-1996

Cases in last 4 years I have been deposed or testified at hearing/trial:

- Depositions in Inter Partes Review of U.S. Patent Nos. 8,166,081 (IPR2021-01267), 8,688,028 (IPR2021-01303), 8,903,307 (IPR2021-01305), and 8,200,203 (IPR2021-01371) [Hyundai Motor America v. StratosAudio, Inc.]. 06/2021-08/2022.
- A deposition and trial testimony in Shopify, Inc. v. Express Mobile, Inc. (1:19-cv-00439-RGA, D. Del.). 05/2020-08/2022.
- A deposition in FirstFace Co, LTD v. Apple, Inc (3:18-cv-02245-JD, N. D. Cal.). 05/2022-11/2022.
- Depositions in Inter Partes Review of U.S. Patent Nos. 9,291,475 (IPR2022-00708 and IPR2023-00031); 9,602,608 (IPR2022-00709); 7,484,008 (IPR2022-00857); and 6,832,283 (IPR2022-0970) [Toyota Motor Corp. and American Honda Motor Co, Inc. v. Intellectual Ventures II LLC]. 01/2022-02/2023.
- A deposition in Inter Partes Review of U.S. Patent No. 9,182,231 (IPR2022-00586) [Qualcomm Inc. v. FedEx Corporate Services, Inc.]. 09/2021-04/2023.
- A deposition in WebRoot, Inc. and Open Text, Inc. v. Trend Micro, Inc. (22-cv-00239-ADA-DTG, W. D. Tex.). 06/2022-04/2023.
- Depositions and trial testimony in Sonos, Inc. v. Google, LLC (6:20-cv-881-ADA, W. D. Tex.; 3:20-cv-06754-WHA, N. D. Cal.; and 3:21-cv-07559-WHA, N. D. Cal.). 11/2019-05/2023.
- A deposition in Inter Partes Review of U.S. Patent No. 8,072,968 (IPR2022-00890) [IBM Corp. v. Ebates Performance Marketing, Inc.]. 06/2022-05/2023.
- Depositions and trial testimony in Personal Audio, LLC v. Google, Inc. (1:17-cv-01751-VAC-CJB, D. Del). 03/2018-06/2023.
- A deposition and trial testimony in Centripetal Networks, Inc. v. Cisco Systems, Inc. (2:18-cv-00094, E. D. Va.). 01/2019-06/2023.
- A deposition in Orckit Corp v. Cisco Systems, Inc. (2:22-cv-276, E. D. Tex.). 05/2023-06/2023.
- A deposition and trial testimony in Touchstream Technologies, Inc. v. Google, LLC (6:21-cv-00569-ADA, W. D. Tex.). 08/2022-07/2023.
- A deposition in Inter Partes Review of U.S. Patent No. 8,784,113 (IPR2022-01439) [Go1 Pty, Ltd. v. OpenSesame, Inc.]. 01/2022-09/2023.
- A deposition and trial testimony in SB IP Holdings, LLC v. Vivint Smart Home, Inc. (4:20-cv-00886-ALM, E. D. Tex.). 12/2021-10/2023.
- Depositions and trial testimony in Alacritech, Inc. v. Centurylink Communications LLC; Winstron Corporation, Dell, Inc. (2:16-cv-693-RWS, 2:16-cv-692-RWS, 2:16-cv-695-RWS, E. D. Tex.). 04/2016-10/2023.
- A deposition in Inter Partes Review of U.S. Patent Nos. 9,503,498 (IPR2023-00185); 9,516,091 (IPR2023-00186); and 8,924,457 (IPR2023-00187) [Bright Data LTD v. Oxylabs, UAB]. 06/2020-11/2023.

- Trial testimony in GoodRx, Inc. v. Famulus Health LLC (AAA Ref. No. 01-23-000-5919). 06/2023-11/2023.
- A deposition in Entropic Communications LLC v. Charter Communications, Inc. (2:22-cv-00125-JRG, E. D. Tex.). 03/2023-12/2023.
- Depositions in Post-Grant Review of U.S. Patent No. 10,782,951 (PGR2021-00096) and 11,157,256 (PGR2022-00053) [IronSource Ltd. v. Digital Turbine, Inc.]. 05/2021-12/2023.
- Trial testimony in Certain Wi-Fi Routers, Wi-Fi Devices, Mesh Wi-Fi Network Devices, and Hardware and Software Components Thereof (US ITC Inv. No. 337-TA-1361) [Netgear v. TP-Link]. 05/2023-01/2024.
- A deposition in Antonio McKinney et al. v. Corsair Gaming, Inc. (3:22-cv-00312-CRB, N. D. Cal.). 07/2023-01/2024.
- A deposition in Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same (US ITC Inv. No. 337-TA-1265E) [iFit Inc., FreeMotion Fitness, Inc. and NordicTrack, Inc. v. DISH DBS Corporation, DISH Technologies LLC, and Sling TV LLC]. 10/2023-02/2024.
- A deposition in Marble VOIP Partners LLC v. Zoom Video Communications, Inc. 4:23-cv-03619-JSW, N. D. Cal.). 12/2023-04/2024.
- Depositions in IBM Corp. v. Rakuten, Inc. and Ebates Performance Marketing, Inc. (21-461-VAC, D. Del.). 06/2022-06/2024.
- A deposition and trial testimony in Omnitracs, LLC v. Platform Science, Inc. (3:20-cv-0958-CAB-DDL, S. D. Cal.). 05/2023-07/2024.
- A deposition in NetSocket, Inc. v. Cisco Systems, Inc. (2:22-cv-00172-JRG, E. D. Tex.). 09/2022-08/2024.
- Depositions in Partes Review of U.S. Patent Nos. 7,230,931 (IPR2023-00098) and 9,426,794 (IPR2023-01147) [Verizon Wireless v. General Access Solutions, Ltd.]. 03/2023-08/2024.
- A deposition and trial testimony in International Business Machines Corp v. Zynga, Inc. (22-590-GBW, D. Del.). 08/2023-09/2024.
- A deposition in Lionra Technologies Limited v. Fortinet, Inc. (2:22-cv-00322-JRG-RSP, E. D. Tex.). 02/2023-09/2024.
- Depositions in STA Group LLC v. Motorola Solutions, Inc. (2:23-cv-00030-JRG-RSP, E. D. Tex.). 04/2024-01/2025.
- A deposition and trial testimony in WSOU Investments, LLC v. Cisco Systems, Inc. (6:20-cv-00128-ADA, W. D. Tex.). 03/2021-02/2025.
- A deposition and trial testimony in Touchstream Technologies, Inc. v. Comcast Cable Communications, LLC (2:23-cv-00062-JRG, E. D. Tex.). 01/2024-03/2025.
- A deposition and trial testimony in VidStream, LLC v. X, formerly Twitter, Inc. (3:16-cv-0764-N, N. D. Tex.). 07/2016-04/2025.

- Depositions in Western Digital Technologies, Inc. v. Viasat, Inc. (4:22-cv-4376-HSG, N. D. Cal.). 08/2022-05/2025.
- Depositions in Video Solutions PTE. LTD. v. Cisco Systems, Inc. (2:23-cv-222-JRG, E. D. Tex.). 08/2023-05/2025.
- Trial testimony in Adeia Guides, Inc. v. Bell Canada, Inc. (T-1184-21, Canada Federal Court). 01/2022-05/2025.
- A deposition in Certain Smart Televisions (ITC Inv. No. 337-TA-1420). [Maxell, Ltd. v. TCL Multimedia Technology Holdings, Ltd.]. 12/2024-06/2025.
- Trial testimony in The Nielsen Company (US), LLC v. Hyphametrics, Inc. (23-126-GBW-CJB, D. Del.). 10/2023-07/2025.
- A deposition in Plus One, LCC v. Capital Relocation Services, LLC (23-cv-2016-KMM-JFD, D. Minn.). 06/2024-07/2025.
- A deposition in Inter Partes Review of U.S. Patent No. 7,924,802 (IPR2024-01336) [Qualcomm, Inc. v. Cobblestone Wireless LLC]. 08/2024-09/2025.
- A deposition in Beijing Meishe Network Technology Co. LTD. v. TikTok, Inc. (5:23-cv-6012-SI, N. D. Cal.). 05/2023-08/2025.
- Trial testimony in Contour IP Holding, LLC v. GoPro, Inc. (17-cv-04738-WHO, N. D. Cal.). 10/2019-10/2025.
- Depositions in Inter Partes Review of U.S. Patent Nos. 8,875,185 (IPR2024-01338), 9,317,597 (IPR2024-01339), 8,145,704 (IPR2024-01340), 9,215,261 (IPR2024-01341), 8,886,753 (IPR2024-01342), and 9,923,947 (IPR2024-01343) [TikTok, Inc. v. NTECH Properties, Inc.]. 04/2024-10/2025.
- A deposition and trial testimony in Express Mobile, Inc. v. GoDaddy.com, LLC (1:19-cv-01937-RGA, D. Del.). 05/2020-11/2025.
- Depositions in Time Warner Cable Enterprises, LLC v. Nokia of America Corp. (650748/2022, IAS Part 43, N. Y. and 654900/2022, IAS Part 43, N. Y.). 01/2024-11/2025.
- A deposition in Inter Partes Review of U.S. Patent No. 11,973,731 (IPR2024-01489 and IPR2024-01490) [Slack Technologies, LLC and Salesforce, Inc. v. Wrinkl, Inc.]. 01/2025-11/2025.
- A deposition and trial testimony in BARCO, Inc. v. YeaLink Network Technology Co., LTD (2:23-cv-00521-JRG-RSP, E. D. Tex.). 06/2024-11/2025.
- A deposition and trial testimony in SmartSky Networks, LLC v. Gogo Business Aviation, LLC (22-266-VAC, D. Del.). 12/2023-11/2025.
- Trial testimony in MyChoice, LLC and BarBoards, LLC v. Taiv, Inc. (2:23-cv-00507-JRG-RSP, E. D. Tex.). 04/2025-12/2025.
- A deposition in Certain Wi-Fi Routers, Wi-Fi Devices, Mesh Wi-Fi Network Devices and Components Thereof (US ITC Inv. No. 337-TA-1454) [Estelgia, LLC v. Plume Design Inc.]. 07/2025-03/2026.

- A deposition in Motorola Solutions, Inc. v. Hytera Communications Corp. LTD (1:17-cv-01972, N. D. Ill.). 04/2017-present.
- Depositions and trial testimony in Luminati Networks Ltd. v. UAB Tesonet and UAB Metacluster LT (2:18-cv-00299-JRG, E. D. Tex.); Luminati Networks Ltd. v. Teso LT, UAB; Oxysales, UAB; and Metacluster LT, UAB, (2:19-cv-00395-JRG, E. D. Tex.); Luminati Networks Ltd. v. Code 200, UAB; Oxysales, UAB; and Metacluster LT, UAB (2:19-cv-00396-JRG, E. D. Tex.); Bright Data Networks Ltd. v. Tefincom S.A. (2:19-cv-00414-JRG, E. D. Tex.); Metacluster LT, UAB v. Bright Data Ltd. (2:23-cv-00011-JRG-RSP, E. D. Tex.); Bright Data Ltd. v. Oxylabs, UAB (2:23-cv-00171-JRG-RSP, E. D. Tex.). 06/2020-present.
- A deposition in Zilkr Cloud Technologies, LLC v. Cisco Systems, Inc. (2:22-cv-00166-JRG-RSP, E. D. Tex.). 02/2023-present.
- A deposition in STA Group, LLC v. Motorola Solutions, Inc. (2:22-cv-00381-JRG-RSP, E. D. Tex.). 05/2023-present.
- A deposition in NEC Corporation v. Peloton Interactive, Inc. (1-22-cv-00987-CJB, D. Del.). 08/2023-present.
- A deposition in Robocast, Inc. v. Netflix, Inc. (1:22-cv-00305-RGA, D. Del.). 07/2022-present.
- A deposition in Charter Communications, LLC v. Sonus Networks, Inc. and Ribbon Communications Operating Company, Inc. (N22C-09-529-EMD-CCLD, DE and 653435/2022, Part 49, N. Y.). 01/2024-present.
- A deposition in Stellar LLC v. Motorola Solutions, Inc. and Watchguard Video, Inc. (4:23-cv-750-SDJ, E. D. Tex.). 01/2024-present.
- A deposition in Inter Partes Review of U.S. Patent Nos. 10,407,026 (IPR2024-00785), 9,171,268 (IPR2024-00786), 11,396,244 (IPR2024-00814), 9,365,188 (IPR2024-00981), 11,738,659 (IPR2024-001167), 11,104,245 (IPR2026-00059), 12,337,716 (IPR2026-00070), and 12,337,715 (PGR2026-00008) [Toyota Motor Corp and Kia Corp v. Emerging Automotive LLC]. 11/2023-present.
- A deposition in Warner Records, Inc. et al. v. Altice USA, Inc. (2:23-cv-00576-JRG-RSP, E. D. Tex.). 09/2024-present.
- Depositions in Inter Partes Review of U.S. Patent Nos. 10,762,002 (IPR2024-01436), 11,403,237 (IPR2024-01437), 11,258,676 (IPR2024-01438), 11,422,951 (IPR2024-01439), 10,684,972 (IPR2025-00491), 11,966,346 (IPR2025-00597) and 11,966,347 (IPR2025-00598) [YeaLink Network Technology Co., LTD v. BARCO N. V.]. 06/2024-present.
- A deposition in Audio Pod IP, LLC v. Amazon.com, Inc. (3:24-cv-00406-RCY, E. D. Va.). 05/2025-present.
- A deposition in Voxtur Analytics Corp v. AutomationRE, Inc. (1:25-cv-742-GBW, D. Del.). 07/2025-present.
- A deposition in Sonos, Inc. v. Google, LLC (2:20-cv-00169-JAK, C. D. Cal.). 03/2025-present.

- A deposition in SoftEx, LLC v. Absolute Software Corp (1:22-cv-1308-DAE, W. D. Tex.). 10/2022-present.
- A deposition in Adaptive Spectrum and Signal Alignment, Inc. v. Charter Communications, Inc. et al. (2:24-cv-00124-JRG-RSP, E. D. Tex.). 04/2024-present.
- A deposition in AutoConnect Holdings, LLC v. Toyota Motor Corp and General Motors, LLC (2:24-cv-00802-JRG-RSP and 2:24-cv-00877-JRG-RSP, E. D. Tex.). 04/2025-present.
- A deposition in Oracle America, Inc. and Oracle International Corporation v. Procore Technologies, Inc. (4:24-cv-07457-JST, N. D. Cal.). 04/2025-present.
- A deposition in Audio Pod IP, LLC v. Audible, Inc. (2:25-cv-02198-MEF-AME, D. N. J.).3:24-cv-00406-RCY, E. D. Va.). 05/2025-present.
- A deposition in RavenWhite Licensing, LLC v. Walmart, Inc. (2:23-cv-00423-JRG-RSP, E. D. Tex.). 02/2024-present.
- A deposition in Sandpiper CDN, LLC v. Microsoft Corporation (2:25-cv-00664-JRG-RSP, E. D. Tex.). 09/2025-present.
- A deposition in Cal Bridge, Inc. v. OneCal (1:24-cv-22361, S. D. Fla.). 03/2025-present.